SCHEDULE 1 TO VENDOR PAYMENT AGREEMENT

INVOICES SUBJECT TO
VENDOR PAYMENT AGREEMENT

**[OMITTED]**