| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90611 |
|---|---|---|---|
| Debtor | In Re: | Wesco Aircraft Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Dennis F. Dunne<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 100001<br>(212) 530-5770<br>New York, Bar No. 2414373 |
|---|---|

Seeks to appear as the attorney for this party:   **Proposed Counsel for Debtors**

Debtors and Debtors In Possession

Dated: June 1, 2023     Signed: /s/ Dennis F. Dunne

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                      Deputy Clerk

---

Order

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                              United States Bankruptcy Judge