United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 20, 2023

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 23-90611 (MI) |
|  | ) |  |
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*,[5] | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE STANDING MOTION, DECLARATION, AND EXHIBITS UNDER SEAL

Upon the *Motion of the Official Committee of Unsecured Creditors to File Standing Motion, Declaration, and Exhibits Under Seal* (the "Motion");[6] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and it further appearing that cause exists to grant the relief requested in the Motion and that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and upon

---

[5] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

[6] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

due consideration of the Motion; and upon all of the proceedings had before the Court; and after

due deliberation thereon and sufficient cause appearing therefore, it is hereby ORDERED that:

1.       Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the

Committee is authorized to file the Standing Motion and Proposed Complaint [Docket No. 994]

and Declaration and Exhibits [Docket No. 995] under seal.

2.       The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

3.       The Committee is authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion.

4.       The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Signed:  December 20, 2023

Marvin Isgur
United States Bankruptcy Judge

2

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90611-mi |
| Wesco Aircraft Holdings, Inc. | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 34 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf003 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Adams Aviation Supply Company Ltd., 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Flintbrook Limited, 50 Longbridge Lane, Derby, England, UK DE24 8UJ |
| db | + | Haas Chemical Management of Mexico, Inc., 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Haas Corporation of Canada, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Haas Corporation of China, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | | Haas Group Canada Inc., 2000 32nd Ave., Unit 2701, Lachine, QC, CANADA H8T 3H7 |
| db | | Haas Group International SCM Limited, 50 Longbridge Lane, Derby, England, UK DE24 8UJ |
| db | + | Haas Group International, LLC, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Haas Group, LLC, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Haas Holdings, LLC, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Haas International Corporation, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | | Haas TCM Group of the UK Limited, 50 Longbridge Lane, Derby, England, UK DE24 8UJ |
| db | + | Haas TCM Industries LLC, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | | Haas TCM de Mexico, S. de R.L. de C.V., Av. Deming 1400, Parque Industrial Supra Km. 13.5 Carrete, Chihuahua, MEXICO C.P. 31182 |
| db | | Haas TCM of Israel Inc., 20 Moshe Boreshtein Str., South Industrial Zone, Akko, ISRAEL 24107 |
| db | + | Haas of Delaware LLC, 1475 Phoenixville Pike, Suite 201, West Chester, PA 19380-1439 |
| db | + | Interfast USA Holdings Inc., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | NetMRO, LLC, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Pattonair (Derby) Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Pattonair Europe Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Pattonair Group Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | + | Pattonair Holding, Inc., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Pattonair Holdings Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Pattonair Limited, Unit 7 Stoney Gate Road, Spondon, Derby, England, UK DE21 7RX |
| db | + | Pattonair USA, Inc., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Pioneer Finance Corporation, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Pioneer Holding Corporation, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Quicksilver Midco Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | + | UNISEAL, Inc., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Wesco 1 LLP, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Wesco 2 LLP, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Wesco Aircraft Canada Inc., 2000 32nd Ave., Unit 2701, Lachine, QC, CANADA H8T 3H7 |
| db | + | Wesco Aircraft Canada, LLC, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Wesco Aircraft EMEA, Ltd, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | | Wesco Aircraft Europe Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | + | Wesco Aircraft Hardware Corp., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Wesco Aircraft Holdings, Inc., 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Wesco Aircraft International Holdings Limited, 50 Longbridge Lane, Ascot Business Park, Derby, England, UK DE24 8UJ |
| db | + | Wesco Aircraft SF, LLC, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Wesco LLC 1, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Wesco LLC 2, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Wolverine Intermediate Holding Corporation, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | + | Wolverine Intermediate Holding II Corporation, 2601 Meacham Blvd., Suite 400, Fort Worth, TX 76137-4213 |
| db | | Wolverine UK Holdco Limited, 100 New Bridge St., London, England, UK EC4V 6JA |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| A.J. Webb | on behalf of Creditor Triangle Engineering Corp. awebb@fbtlaw.com |
| Adam M Lavine | on behalf of Defendant National Employment Savings Trust Corporation  in its capacity as trustee of the National Employment Savings Trust adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant Lincoln Variable Insurance Products Trust  on behalf of its series LVIP JPMorgan High Yield Fund adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Counter-Claimant Rebound Portfolio Ltd. adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Counter-Claimant UBS Fund Management (Switzerland) AG adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Counter-Claimant BlackRock Floating Rate Income Trust adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Counter-Claimant J.P. Morgan Chase Bank  N.A. as Trustee adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant BlackRock Limited Duration Income Trust adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant IShares Trust adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant DELA Depositary & Asset Management B.V. adam.lavine@kobrekim.com |
| Adam M Lavine | on behalf of Defendant IShares  Inc. adam.lavine@kobrekim.com |
| Adam M Lavine | |

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares U.S. High Yield Bond Index ETF (CADHedged) adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant SSD Investments Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Institutional Trust Company  N.A. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Deferred Salary Plan of the Electrical Industry adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Bank Loan Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant BlackRock Institutional Trust Company  N.A. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IShares VI Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant J.P. Morgan Exchange-Traded Fund Trust  on behalf of its series JPMorgan Core Plus Bond ETF adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant NBI Unconstrained Fixed Income ETF adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Rebound Portfolio Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant GIM Trust  on behalf of its series U.S. High Yield Bond Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant PSAM WorldArb Master Fund Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Limited Duration Income Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares II Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant The New Zealand Guardian Trust Company Limited adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Income Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Managed Income Fund of BlackRock Funds II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IShares II Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant JPMorgan Funds adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant JNL Series Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares IV Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

Adam M Lavine

on behalf of Defendant JPMorgan Funds adam.lavine@kobrekim.com

on behalf of Defendant JPMorgan Trust II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Floating Rate Income Strategies Fund  Inc. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant UBS Fund Management (Switzerland) AG adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IShares Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant JPMorgan Investment Funds adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant JPMorgan Investment Funds adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant Lumyna Investments Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IBM 401(k) Plus Plan Trust  on behalf of the IBM 401(k) Plus Plan adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant NBI High Yield Bond ETF adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Zurich American Insurance Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant PSAM WorldArb Master Fund Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant The Integrity Fund on behalf of its series  Integrity High Income Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant BlackRock Floating Rate Income Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Migros-Pensoinskasse Fonds adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares VI Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant JNL Series Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant JPMorgan Trust I adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Lumyna Investments Ltd. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Dynamic High Income Portfolio of BlackRock Funds II adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant The New Zealand Guardian Trust Company Limited adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares  Inc. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant Advanced Series Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant BlackRock Floating Rate Income Portfolio of BlackRock Funds V adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares Trust adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant JPMorgan Fund ICVC adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant BlackRock Bank Loan Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Counter-Claimant IShares Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Balanced Fund adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant IShares IV Public Limited Company adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. adam.lavine@kobrekim.com

Adam M Lavine

on behalf of Defendant SSD Investments Ltd. adam.lavine@kobrekim.com

Alexander Rafael Perez

on behalf of Creditor LISI Aerospace arperez@munsch.com
clujano@munsch.com;hvalentine@munsch.com;CourtMail@munsch.com

Andrew Jimenez

on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov

Andrew D. Behlmann

on behalf of Interested Party Citadel Equity Fund Ltd. and Citadel Advisors LLC abehlmann@lowenstein.com
crestel@lowenstein.com

Andrew I Silfen

on behalf of Successor Trustee BOKF  NA andrew.silfen@afslaw.com, lisa.indelicato@afslaw.com

Benjamin Clark Sandberg

on behalf of Defendant Langur Maize L.L.C. bsandberg@jonesday.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Global StocksPLUS & Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO US Short-Term High Yield Corporate Bond Index UCITS ETF bheidlage@hsgllp.com managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Funds: PIMCO High Yield Spectrum Fund bheidlage@hsgllp.com managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Dynamic Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PCM Fund  Inc. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point SCF CLO I  Ltd. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO High Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Income Strategy Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Strategic Income Fund  Inc. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO ETF Trust: PIMCO 0-5 Year High Yield Corporate Bond Index Exchange-Traded Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Specialty Lending Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Distressed Opportunity Institutional Partners  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

District/off: 0541-4

Date Rcvd: Dec 20, 2023

User: ADIuser

Form ID: pdf003

Page 6 of 34

Total Noticed: 44

on behalf of Counter-Defendant Texas Childrens Hospital Foundation bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Global Income Opportunities Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Distressed Opportunity Institutional Partners Master Fund (Offshore)  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO OP Trust Flexible Credit Fund  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Tactical Income Opportunities Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO DISCO Fund III LP bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Dynamic Income Opportunities Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Capital Offshore Master Fund  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Funds: PIMCO Low Duration Credit Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Desjardins Global Tactical Bond Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Employees Retirement System of the State of Rhode Island bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Corporate & Income Strategy Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Flexible Credit Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Tactical Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Income Strategy Fund II bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Distressed Opportunities Offshore Master Fund  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO ETFs plc bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Desjardins Floating Rate Income Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Tactical Opportunities Master Fund Ltd. bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant OC III LVS I LP bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Bakery and Confectionery Union and Industry International Pension Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Select Opportunities Fund A  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant BMO Global Strategic Bond Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant PIMCO Corporate & Income Opportunity Fund bheidlage@hsgllp.com  managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Specialty Credit Fund II Mini-Master Fund (Offshore)  L.P. bheidlage@hsgllp.com,

managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Distressed Opportunities Fund  L.P. bheidlage@hsgllp.com,
managingclerk@hsgllp.com

Benjamin Frederick Heidlage

on behalf of Counter-Defendant Silver Point Capital Fund  L.P. bheidlage@hsgllp.com, managingclerk@hsgllp.com

Beverly Weiss Manne

on behalf of Creditor Fisher Scientific Company  LLC bmanne@tuckerlaw.com

Cameron Michael Kelly

on behalf of Debtor Wesco Aircraft Holdings  Inc. cameronkelly@quinnemanuel.com

Cameron Michael Kelly

on behalf of Plaintiff Wesco Aircraft Holdings  Inc. cameronkelly@quinnemanuel.com

Catherine L Steege

on behalf of Creditor Gulfstream Aerospace Corporation csteege@jenner.com

Chane Buck

on behalf of Defendant Langur Maize L.L.C. cbuck@jonesday.com

Charles A Beckham, Jr

on behalf of Debtor Wesco LLC 1 charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Haas TCM Industries LLC charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair USA  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pioneer Holding Corporation charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wesco Aircraft SF  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Haas Chemical Management of Mexico  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pioneer Finance Corporation charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wesco Aircraft International Holdings Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Haas TCM de Mexico  S. de R.L. de C.V. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wolverine UK Holdco Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair Holdings Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair Europe Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair Holding  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Quicksilver Midco Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wesco Aircraft Canada Inc. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Holdings  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas TCM Group of the UK Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Group International  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco 1 LLP charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Chemical Managment of Mexico  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco Aircraft Europe Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco Aircraft Holdings  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco Aircraft Canada  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Group  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Corporation of China charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas TCM of Israel Inc. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas of Delaware LLC charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Adams Aviation Supply Company Ltd. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wolverine Intermediate Holding Corporation charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco LLC 2 charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Group International SCM Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Flintbrook Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Pattonair Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Wesco 2 LLP charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor Haas Corporation of Canada charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr
on behalf of Debtor UNISEAL  Inc. charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

District/off: 0541-4

Date Rcvd: Dec 20, 2023

User: ADIuser

Form ID: pdf003

Page 9 of 34

Total Noticed: 44

Charles A Beckham, Jr

on behalf of Debtor Haas Group Canada Inc. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wolverine Intermediate Holding II Corporation charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wesco Aircraft EMEA  Ltd charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor NetMRO  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Haas International Corporation charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair (Derby) Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Pattonair Group Limited charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Interfast USA Holdings Inc. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles A Beckham, Jr

on behalf of Debtor Wesco Aircraft Hardware Corp. charles.beckham@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles R Gibbs

on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Christopher C Simpson

on behalf of Creditor Amphenol Corporation csimpson@omlaw.com  pnieto@omlaw.com

Christopher Darnell Porter

on behalf of Plaintiff Wolverine UK Holdco Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Holdings  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair Holdings Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas TCM Industries LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Group International  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft International Holdings Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Group  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft Canada  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Debtor Wesco Aircraft Holdings  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff UNISEAL  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wolverine Intermediate Holding Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Defendant Rebound Portfolio Ltd. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft EMEA  Ltd chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair Group Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair USA  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Adams Aviation Supply Company Ltd. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas TCM Group of the UK Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas of Delaware LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft Canada Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Quicksilver Midco Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas TCM of Israel Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft Hardware Corp. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair (Derby) Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Interfast USA Holdings Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Group International  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Adams Aviation Supply Company Ltd. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Group Canada Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Corporation of China chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas International Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco 2 LLP chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft Europe Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Corporation of Canada chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Chemical Managment of Mexico  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant NetMRO  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair Group Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Corporation of Canada chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Group  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Corporation of China chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Chemical Managment of Mexico  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pioneer Holding Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Quicksilver Midco Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft Canada Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft SF  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco 2 LLP chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas TCM of Israel Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft EMEA  Ltd chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco LLC 1 chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft Holdings  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco LLC 2 chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Flintbrook Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft Canada  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco 1 LLP chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft Europe Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair Europe Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wolverine Intermediate Holding Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Group International SCM Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas TCM Group of the UK Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair Holding  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Interfast USA Holdings Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pioneer Finance Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant UNISEAL  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas TCM de Mexico  S. de R.L. de C.V. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft International Holdings Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft Holdings  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas Group International SCM Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pioneer Holding Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pioneer Finance Corporation chrisporter@quinnemanuel.com

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 12 of 34
Total Noticed: 44

Christopher Darnell Porter

on behalf of Counter-Defendant Haas TCM Industries LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Flintbrook Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco LLC 2 chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas TCM de Mexico  S. de R.L. de C.V. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Haas International Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair Holding  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wolverine Intermediate Holding II Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas of Delaware LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair USA  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff NetMRO  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wesco Aircraft Hardware Corp. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Holdings  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair (Derby) Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Haas Group Canada Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Pattonair Holdings Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wolverine Intermediate Holding II Corporation chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco 1 LLP chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco LLC 1 chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Wesco Aircraft SF  LLC chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Counter-Defendant Wolverine UK Holdco Limited chrisporter@quinnemanuel.com

Christopher Darnell Porter

on behalf of Plaintiff Pattonair Europe Limited chrisporter@quinnemanuel.com

Christopher S Murphy

on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Clifford Neuman

on behalf of Creditor Associated Thermoforming  Inc. clneuman@neuman.com

Clifford Neuman

on behalf of Creditor Advanced Thermoforming  Inc. clneuman@neuman.com

Clinton E Cutler

on behalf of Interested Party Arlington International Aviation Products ccutler@fredlaw.com
stimm@fredlaw.com;sstallings@fredlaw.com;autodockets@fredlaw.com

Constantine Z. Pamphilis

on behalf of 3rd Pty Defendant Senator Investment Group LP courtnotices@kasowitz.com

Dane Hal Butswinkas

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP dbutswinkas@wc.com

Dane Hal Butswinkas

on behalf of Interested Party Wolverine Top Holding Corporation dbutswinkas@wc.com

Dane Hal Butswinkas

on behalf of Interested Party Platinum Equity Advisors  LLC dbutswinkas@wc.com

Darryl G Stein

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IBM 401(k) Plus Plan Trust   on behalf of the IBM 401(k) Plus Plan darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant UBS Fund Management (Switzerland) AG darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares II Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant PSAM WorldArb Master Fund Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant SSD Investments Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares U.S. High Yield Bond Index ETF (CADHedged) darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant J.P. Morgan Exchange-Traded Fund Trust  on behalf of its series JPMorgan Core Plus Bond ETF darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JPMorgan Funds darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant UBS Fund Management (Switzerland) AG darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant PSAM WorldArb Master Fund Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant GIM Trust  on behalf of its series U.S. High Yield Bond Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JPMorgan Trust II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Floating Rate Income Strategies Fund  Inc. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Deferred Salary Plan of the Electrical Industry darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant Rebound Portfolio Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares  Inc. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant National Employment Savings Trust Corporation  in its capacity as trustee of the National Employment Savings Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant The Integrity Fund on behalf of its series  Integrity High Income Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares IV Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

District/off: 0541-4

Date Rcvd: Dec 20, 2023

User: ADIuser

Form ID: pdf003

Page 14 of 34

Total Noticed: 44

on behalf of Counter-Claimant IShares Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant The New Zealand Guardian Trust Company Limited darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares IV Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JPMorgan Fund ICVC darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant The New Zealand Guardian Trust Company Limited darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant Lumyna Investments Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JPMorgan Trust I darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Limited Duration Income Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Migros-Pensoinskasse Fonds darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares II Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Floating Rate Income Portfolio of BlackRock Funds V darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Income Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant NBI High Yield Bond ETF darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant DELA Depositary & Asset Management B.V. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Dynamic High Income Portfolio of BlackRock Funds II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Balanced Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Limited Duration Income Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares  Inc. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Institutional Trust Company  N.A. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Managed Income Fund of BlackRock Funds II darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Institutional Trust Company  N.A. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Bank Loan Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Advanced Series Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares VI Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant JPMorgan Investment Funds darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Lincoln Variable Insurance Products Trust  on behalf of its series LVIP JPMorgan High Yield Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JPMorgan Investment Funds darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant JNL Series Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant JNL Series Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant BlackRock Floating Rate Income Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Floating Rate Income Trust darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant JPMorgan Funds darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Zurich American Insurance Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant Lumyna Investments Ltd. darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant IShares VI Public Limited Company darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant BlackRock Bank Loan Fund darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Defendant NBI Unconstrained Fixed Income ETF darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant J.P. Morgan Chase Bank  N.A. as Trustee darryl.stein@kobrekim.com

Darryl G Stein

on behalf of Counter-Claimant SSD Investments Ltd. darryl.stein@kobrekim.com

David Robert Eastlake

on behalf of Creditor 3M Company David.Eastlake@gtlaw.com  jamrokg@gtlaw.com

David W Ross

on behalf of Creditor PPG Industries  Inc. dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;dross601@ecf.courtdrive.com

Don Stecker

on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Donald K Ludman

on behalf of Creditor SAP America  Inc. dludman@brownconnery.com

Eleanor J. G. Wasserman

on behalf of Interested Party Platinum Equity Advisors  LLC ewasserman@wc.com

Eleanor J. G. Wasserman

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP ewasserman@wc.com

Eleanor J. G. Wasserman

on behalf of Interested Party Wolverine Top Holding Corporation ewasserman@wc.com

Ellen Oberwetter

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP eoberwetter@wc.com

Ellen Oberwetter

on behalf of Interested Party Wolverine Top Holding Corporation eoberwetter@wc.com

Ellen Oberwetter

on behalf of Interested Party Platinum Equity Advisors  LLC eoberwetter@wc.com

Evan Gershbein

on behalf of Other Prof. Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com  ecfpleadings@kccllc.com

Igor M Margulyan

on behalf of Defendant DELA Depositary & Asset Management B.V. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares  Inc. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant Lumyna Investments Ltd. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares VI Public Limited Company igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Limited Duration Income Trust igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant JPMorgan Funds igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares IV Public Limited Company igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Floating Rate Income Trust igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares II Public Limited Company igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares Trust igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant PSAM WorldArb Master Fund Ltd. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares Public Limited Company igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Bank Loan Fund igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant JNL Series Trust igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant UBS Fund Management (Switzerland) AG igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant SSD Investments Ltd. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant The New Zealand Guardian Trust Company Limited igor.margulyan@kobrekim.com

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 17 of 34
Total Noticed: 44

Igor M Margulyan

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant JPMorgan Investment Funds igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant Rebound Portfolio Ltd. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Institutional Trust Company  N.A. igor.margulyan@kobrekim.com

Igor M Margulyan

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. igor.margulyan@kobrekim.com

JaKayla DaBera

on behalf of Creditor ExxonMobil Product Solutions Company jdabera@krcl.com  jdabera@ecf.courtdrive.com;ecf@krcl.com

Jack G. Haake

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jhaake@mwe.com  docketflow@foley.com

James B. Bailey

on behalf of Creditor MorganFranklin Consulting  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James M Jones

on behalf of Creditor Langur Maize  L.L.C. jmjones@jonesday.com

James S Carr

on behalf of Creditor Tata Sikorsky Aerospace Ltd.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Jarrod B. Martin

on behalf of Creditor Integrated Micro Materials jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;valerie.herrera@chamberlainlaw.com

Jason Starks

on behalf of Creditor TRAVIS COUNTY bkecf@traviscountytx.gov

Jason B. Binford

on behalf of Creditor Pilgrim Aerospace Fasteners jason.binford@rsbfirm.com

Jason S Brookner

on behalf of Counter-Defendant CCOF Onshore Co-Borrower LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Cross Defendant CCOF Master  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor CCOF Onshore Co-Borrower LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Counter-Defendant CCOF Master  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of 3rd Pty Defendant Unnamed Carlyle Funds c/o Carlyle Global Credit Investment Management  L.L.C.
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Counter-Defendant CSP IV Acquisitions  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor Carlyle Global Credit Investment Management  LLC jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Counter-Defendant Spring Creek Capital LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Cross Defendant CCOF Onshore Co-Borrower LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor CCOF Master  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor CSP IV Acquisitions  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Cross Defendant CSP IV Acquisitions  L.P. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor Spring Creek Capital LLC jbrookner@grayreed.com  lwebb@grayreed.com

District/off: 0541-4                          User: ADIuser                              Page 18 of 34
Date Rcvd: Dec 20, 2023                       Form ID: pdf003                             Total Noticed: 44

Jason S Brookner

on behalf of 3rd Pty Defendant Carlyle Global Credit Investment Management  L.L.C. jbrookner@grayreed.com,
lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jayson B. Ruff

on behalf of Debtor Wesco Aircraft Holdings  Inc. jayson.b.ruff@usdoj.gov

John F Higgins, IV

on behalf of Counter-Defendant Desjardins Floating Rate Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Capital Fund  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Dynamic Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Flexible Credit Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PCM Fund  Inc. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Specialty Lending Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Funds: PIMCO High Yield Spectrum Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO OP Trust Flexible Credit Fund  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Corporate & Income Opportunity Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO ETF Trust: PIMCO 0-5 Year High Yield Corporate Bond Index Exchange-Traded Fund
jhiggins@porterhedges.com  emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Funds: PIMCO Low Duration Credit Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO High Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Distressed Opportunity Institutional Partners  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Dynamic Income Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Texas Childrens Hospital Foundation jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Tactical Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Tactical Opportunities Master Fund Ltd. jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Employees Retirement System of the State of Rhode Island jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Specialty Credit Fund II Mini-Master Fund (Offshore)  L.P.
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Global Income Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Income Strategy Fund II jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant BMO Global Strategic Bond Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO DISCO Fund III LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Distressed Opportunities Offshore Master Fund  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO US Short-Term High Yield Corporate Bond Index UCITS ETF
jhiggins@porterhedges.com  emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Distressed Opportunities Fund  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Interested Party First Lien Noteholder Group jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Desjardins Global Tactical Bond Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point SCF CLO I  Ltd. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Select Opportunities Fund A  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Income Strategy Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO ETFs plc jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Global StocksPLUS & Income Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant OC III LVS I LP jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Bakery and Confectionery Union and Industry International Pension Fund
jhiggins@porterhedges.com  emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Distressed Opportunity Institutional Partners Master Fund (Offshore)  L.P.
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Corporate & Income Strategy Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Tactical Income Opportunities Fund jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Counter-Defendant Silver Point Capital Offshore Master Fund  L.P. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 20 of 34
Total Noticed: 44

John F Higgins, IV

on behalf of Counter-Defendant PIMCO Strategic Income Fund  Inc. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John G Conte

on behalf of Defendant BlackRock Floating Rate Income Trust john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares II Public Limited Company john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares Public Limited Company john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares IV Public Limited Company john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Institutional Trust Company  N.A. john.conte@kobrekim.com

John G Conte

on behalf of Defendant JPMorgan Funds john.conte@kobrekim.com

John G Conte

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee john.conte@kobrekim.com

John G Conte

on behalf of Defendant UBS Fund Management (Switzerland) AG john.conte@kobrekim.com

John G Conte

on behalf of Defendant JNL Series Trust john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V john.conte@kobrekim.com

John G Conte

on behalf of Defendant JPMorgan Investment Funds john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Bank Loan Fund john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares Trust john.conte@kobrekim.com

John G Conte

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  john.conte@kobrekim.com

John G Conte

on behalf of Defendant PSAM WorldArb Master Fund Ltd. john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares VI Public Limited Company john.conte@kobrekim.com

John G Conte

on behalf of Defendant DELA Depositary & Asset Management B.V. john.conte@kobrekim.com

John G Conte

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II john.conte@kobrekim.com

John G Conte

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group john.conte@kobrekim.com

John G Conte

on behalf of Defendant Lumyna Investments Ltd. john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Limited Duration Income Trust john.conte@kobrekim.com

John G Conte

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II john.conte@kobrekim.com

John G Conte

on behalf of Defendant IShares  Inc. john.conte@kobrekim.com

John Kendrick Turner

on behalf of Creditor City of Northlake john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Northwest ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John P Melko

on behalf of Defendant IShares Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant UBS Fund Management (Switzerland) AG jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant Lumyna Investments Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant JNL Series Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant BlackRock Floating Rate Income Portfolio of BlackRock Funds V jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant UBS Fund Management (Switzerland) AG jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant NBI Unconstrained Fixed Income ETF jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant IShares Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant SSD Investments Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant JPMorgan Trust I jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant IShares IV Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant IShares VI Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant IShares VI Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant PSAM WorldArb Master Fund Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant DELA Depositary & Asset Management B.V. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant BlackRock Limited Duration Income Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant GIM Trust  on behalf of its series U.S. High Yield Bond Fund jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant Lumyna Investments Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant IShares U.S. High Yield Bond Index ETF (CADHedged) jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant Rebound Portfolio Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant BlackRock Bank Loan Fund jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Income Fund
jmelko@foley.com, rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant J.P. Morgan Chase Bank  N.A. as Trustee jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant IShares IV Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant BlackRock Institutional Trust Company  N.A. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant BlackRock Floating Rate Income Strategies Fund  Inc. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant JPMorgan Trust II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant BlackRock Managed Income Fund of BlackRock Funds II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Defendant IBM 401(k) Plus Plan Trust  on behalf of the IBM 401(k) Plus Plan jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

on behalf of Counter-Claimant The New Zealand Guardian Trust Company Limited jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

District/off: 0541-4                    User: ADIuser                           Page 23 of 34
Date Rcvd: Dec 20, 2023                 Form ID: pdf003                          Total Noticed: 44

John P Melko

 on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Balanced Fund
jmelko@foley.com, rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant Advanced Series Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant JPMorgan Investment Funds jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant Migros-Pensoinskasse Fonds jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant JPMorgan Funds jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant National Employment Savings Trust Corporation  in its capacity as trustee of the National Employment
Savings Trust jmelko@foley.com, rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant BlackRock Institutional Trust Company  N.A. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant IShares Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant Lincoln Variable Insurance Products Trust  on behalf of its series LVIP JPMorgan High Yield Fund
jmelko@foley.com, rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant BlackRock Floating Rate Income Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant The New Zealand Guardian Trust Company Limited jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant IShares  Inc. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant The Integrity Fund on behalf of its series  Integrity High Income Fund jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant NBI High Yield Bond ETF jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant IShares  Inc. jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant J.P. Morgan Exchange-Traded Fund Trust  on behalf of its series JPMorgan Core Plus Bond ETF
jmelko@foley.com, rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Defendant JPMorgan Investment Funds jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant BlackRock Dynamic High Income Portfolio of BlackRock Funds II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

 on behalf of Counter-Claimant DELA Depositary & Asset Management B.V. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant IShares II Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant IShares Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant IShares II Public Limited Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant Deferred Salary Plan of the Electrical Industry jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant PSAM WorldArb Master Fund Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant BlackRock Limited Duration Income Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant Rebound Portfolio Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant JNL Series Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant JPMorgan Funds jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  jmelko@foley.com,
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant JPMorgan Fund ICVC jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant Zurich American Insurance Company jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant SSD Investments Ltd. jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Defendant BlackRock Floating Rate Income Trust jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

John P Melko

    on behalf of Counter-Claimant BlackRock Bank Loan Fund jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

Jordan Brooks

    on behalf of Creditor Castoleum Corporation d/b/a Noble Pine Products jordanb@sterifab.com

Joseph Catalanotto

    on behalf of Interested Party Wolverine Top Holding Corporation jcatalanotto@wc.com

Joseph Catalanotto

    on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP jcatalanotto@wc.com

Joseph Catalanotto

    on behalf of Counter-Defendant Platinum Equity Capital Partners International  IV (Cayman) LP jcatalanotto@wc.com

Joseph Catalanotto

    on behalf of Cross Defendant Platinum Equity Advisors  LLC jcatalanotto@wc.com

Joseph Catalanotto

on behalf of Counter-Defendant Wolverine Top Holding Corporation jcatalanotto@wc.com

Joseph Catalanotto

on behalf of Cross Defendant Wolverine Top Holding Corporation jcatalanotto@wc.com

Joseph Catalanotto

on behalf of Counter-Defendant Platinum Equity Advisors  LLC jcatalanotto@wc.com

Joseph Catalanotto

on behalf of Interested Party Platinum Equity Advisors  LLC jcatalanotto@wc.com

Joseph E Bain

on behalf of Creditor Hisco  Inc. JBain@joneswalker.com,
kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;mellaine-salinas-0728@ecf.pacerpro.com;msalinas@joneswalker.com

Julia Francos Montgomery

on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Julie Anne Parsons

on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Kelli S. Norfleet

on behalf of Debtor Wesco Aircraft Holdings  Inc. kelli.norfleet@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Keri P Ebeck

on behalf of Creditor PPG Industries  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin M. Capuzzi

on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Klaus Peter Muthig, I

on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov  geiserr@mcao.maricopa.gov

Kristin J Sederholm

on behalf of Creditor Bell Laboratories  Inc. ksederho@ks-lawfirm.com

Kyle Woodard

on behalf of Creditor ExxonMobil Product Solutions Company kwoodard@krcl.com
kwoodard@ecf.courtdrive.com;ecf@krcl.com

Leonard David Lerner

on behalf of Creditor Avenue Scott  LLC leonardl@lernerweisslaw.com

Lydia R Webb

on behalf of Creditor Carlyle Global Credit Investment Management  LLC lwebb@grayreed.com, vsalazar@grayreed.com

Marion R Harris

on behalf of Counter-Defendant Wilmington Savings Fund Society  FSB mharris@pryorcashman.com,
docketing@pryorcashman.com

Marion R Harris

on behalf of Cross Defendant Wilmington Savings Fund Society  FSB mharris@pryorcashman.com,
docketing@pryorcashman.com

Mark D Sherrill

on behalf of Creditor Avantus Aerospace Ltd. marksherrill@eversheds-sutherland.com

Mark F Hebbeln

on behalf of Defendant BlackRock Institutional Trust Company  N.A. mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant DELA Depositary & Asset Management B.V. mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant The New Zealand Guardian Trust Company Limited mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares Public Limited Company mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V mhebbeln@foley.com

james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares IV Public Limited Company mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Limited Duration Income Trust mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Floating Rate Income Trust mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant JPMorgan Funds mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group mhebbeln@kobrekim.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant PSAM WorldArb Master Fund Ltd. mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant Lumyna Investments Ltd. mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant SSD Investments Ltd. mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant JPMorgan Investment Funds mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares Trust mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares VI Public Limited Company mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant Rebound Portfolio Ltd. mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant JNL Series Trust mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares  Inc. mhebbeln@foley.com,
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant BlackRock Bank Loan Fund mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant UBS Fund Management (Switzerland) AG mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Mark F Hebbeln

on behalf of Defendant IShares II Public Limited Company mhebbeln@foley.com
james.r.lewis@wellsfargo.com;mark-hebbeln-5273@ecf.pacerpro.com

Matthew C. Corcoran

on behalf of Creditor Langur Maize  L.L.C. mccorcoran@jonesday.com

Matthew David Heins

on behalf of Interested Party Wolverine Top Holding Corporation mheins@wc.com

Matthew David Heins

on behalf of Interested Party Platinum Equity Advisors  LLC mheins@wc.com

Matthew David Heins

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP mheins@wc.com

Melissa E Valdez

on behalf of Creditor FORT BEND INDEPENDENT SCHOOL DISTRICT  FORT BEND COUNTY MUNICIPAL UTILITY
DISTRICT # 138 AND FORT BEND COUNTY LEVEE IMPROVEMENT DISTRICT # 17 mvaldez@pbfcm.com,
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael A. Garza

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB mgarza@velaw.com

Michael B Fisher

on behalf of Creditor DS&M-Scientific  LLC fisher@mbfisherlaw.com

Michael C. Schneidereit

on behalf of Creditor Langur Maize  L.L.C. mschneidereit@jonesday.com

Michael C. Schneidereit

on behalf of Defendant Langur Maize L.L.C. mschneidereit@jonesday.com

Michael Kevin Riordan

on behalf of Creditor Appli-Tec  Inc. michael.riordan@chamberlainlaw.com,
rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Michael P Ridulfo

on behalf of Creditor ExxonMobil Product Solutions Company mridulfo@krcl.com  rcoles@krcl.com

Michael S Brasky

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant JPMorgan Investment Funds michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares Trust michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Institutional Trust Company  N.A. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant JPMorgan Funds michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant The New Zealand Guardian Trust Company Limited michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant UBS Fund Management (Switzerland) AG michael.brasky@kobrekim.com

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 28 of 34
Total Noticed: 44

Michael S Brasky

on behalf of Defendant PSAM WorldArb Master Fund Ltd. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares VI Public Limited Company michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant SSD Investments Ltd. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Limited Duration Income Trust michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares IV Public Limited Company michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares II Public Limited Company michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Bank Loan Fund michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant DELA Depositary & Asset Management B.V. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Floating Rate Income Trust michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant JNL Series Trust michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares  Inc. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant IShares Public Limited Company michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant Rebound Portfolio Ltd. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant Lumyna Investments Ltd. michael.brasky@kobrekim.com

Michael S Brasky

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II michael.brasky@kobrekim.com

Michael Seth Etkin

on behalf of Interested Party Citadel Equity Fund Ltd. and Citadel Advisors LLC metkin@lowenstein.com
abehlmann@lowenstein.com;kwaldron@lowenstein.com;crestel@lowenstein.com;crestel@lowenstein.com

Michael Seth Etkin

on behalf of Counter-Defendant Citadel Equity Fund Ltd. metkin@lowenstein.com
abehlmann@lowenstein.com;kwaldron@lowenstein.com;crestel@lowenstein.com;crestel@lowenstein.com

Nathan F Coco

on behalf of Successor Trustee UMB Bank  N.A., as Trustee nfcoco@mintz.com

Neil Lieberman

on behalf of Interested Party First Lien Noteholder Group nlieberman@hsgllp.com  managingclerk@hsgllp.com

Nicholas C.E. Walter

on behalf of Defendant Langur Maize L.L.C. ncewalter@jonesday.com

Nicholas C.E. Walter

on behalf of Creditor Langur Maize  L.L.C. ncewalter@jonesday.com

Paul D Moak

on behalf of Creditor SPS Aerostructures Limited pmoak@reedsmith.com  rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Shur-Lok International S.A. pmoak@reedsmith.com  rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Permaswage SAS pmoak@reedsmith.com  rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Avibank Services  LLC pmoak@reedsmith.com, rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Avibank Mfg.  Inc. pmoak@reedsmith.com, rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor KALISTRUT Aerospace S.A.S. pmoak@reedsmith.com
rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor SPS Technologies Limited pmoak@reedsmith.com  rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor SPS Technologies  LLC pmoak@reedsmith.com, rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Fatigue Technology  Inc. pmoak@reedsmith.com, rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor Designed Metal Connections  Inc. pmoak@reedsmith.com,
rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paul D Moak

on behalf of Creditor S.P.S. International Limited pmoak@reedsmith.com  rrodriguez@reedsmith.com;ahinson@reedsmith.com

Paula Toro

on behalf of Defendant PSAM WorldArb Master Fund Ltd. ptoro@foley.com

Paula Toro

on behalf of Defendant Lumyna Investments Ltd. ptoro@foley.com

Paula Toro

on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II ptoro@foley.com

Paula Toro

on behalf of Defendant IShares  Inc. ptoro@foley.com

Paula Toro

on behalf of Defendant JPMorgan Investment Funds ptoro@foley.com

Paula Toro

on behalf of Defendant JNL Series Trust ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. ptoro@foley.com

Paula Toro

on behalf of Defendant JPMorgan Funds ptoro@foley.com

Paula Toro

on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee ptoro@foley.com

Paula Toro

on behalf of Defendant IShares II Public Limited Company ptoro@foley.com

Paula Toro

on behalf of Defendant UBS Fund Management (Switzerland) AG ptoro@foley.com

Paula Toro

on behalf of Defendant IShares IV Public Limited Company ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Institutional Trust Company  N.A. ptoro@foley.com

Paula Toro

on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Bank Loan Fund ptoro@foley.com

Paula Toro

on behalf of Defendant IShares VI Public Limited Company ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II ptoro@foley.com

Paula Toro

on behalf of Defendant IShares Trust ptoro@foley.com

Paula Toro

on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  ptoro@foley.com

Paula Toro

on behalf of Defendant IShares Public Limited Company ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V ptoro@foley.com

Paula Toro

on behalf of Defendant The New Zealand Guardian Trust Company Limited ptoro@foley.com

Paula Toro

on behalf of Defendant DELA Depositary & Asset Management B.V. ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Floating Rate Income Trust ptoro@foley.com

Paula Toro

on behalf of Defendant BlackRock Limited Duration Income Trust ptoro@foley.com

Paula Toro

on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  ptoro@foley.com

Robert Bernard Bruner

on behalf of Interested Party BANK OF AMERICA  N.A. bob.bruner@nortonrosefulbright.com

Ryan Thomas Scarborough

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP rscarborough@wc.com

Ryan Thomas Scarborough

on behalf of Interested Party Wolverine Top Holding Corporation rscarborough@wc.com

Ryan Thomas Scarborough

on behalf of Interested Party Platinum Equity Advisors  LLC rscarborough@wc.com

Samuel Marshall Andre

on behalf of Interested Party Arlington International Aviation Products sandre@fredlaw.com
stimm@fredlaw.com;sstallings@fredlaw.com;autodockets@fredlaw.com

Samuel S. Ory

on behalf of Successor Trustee BOKF  NA sory@fdlaw.com

Sarah Elizabeth Maher

on behalf of Interested Party First Lien Noteholder Group smaher@hsgllp.com  managingclerk@hsgllp.com

Scott D Lawrence

on behalf of Creditor NORMA Pennsylvania  Inc. scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com

Seth E Meisel

on behalf of Creditor AGM Container Controls  Inc. smeisel@dbcllp.com, lmunyon@dbcllp.com;scapelo@dbcllp.com

Shawn M Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stacy B Loftin

on behalf of Creditor LSG Technologies  LP sbl@all-lawfirm.com

Stephen Lewis Wohlgemuth

on behalf of Interested Party Platinum Equity Capital Partners International  IV (Cayman) LP swohlgemuth@wc.com

Stephen Lewis Wohlgemuth

on behalf of Interested Party Platinum Equity Advisors  LLC swohlgemuth@wc.com

Stephen Lewis Wohlgemuth

on behalf of Interested Party Wolverine Top Holding Corporation swohlgemuth@wc.com

Stephen R. Butler

on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Tara L Grundemeier

on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Timothy Aaron Million

on behalf of Creditor Avenue Scott  LLC tim.million@huschblackwell.com, tim-million-3360@ecf.pacerpro.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Warren John Stapleton

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 31 of 34
Total Noticed: 44

| | |
|---|---|
| | on behalf of Creditor Amphenol Corporation wstapleton@omlaw.com  pnieto@omlaw.com |
| Weldon Leslie Moore, III | on behalf of Creditor Metropolitan Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor SALT RIVER PROJECT wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Weldon Leslie Moore, III | on behalf of Creditor GEORGIA POWER COMPANY wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| Zachary D Rosenbaum | on behalf of Defendant IShares U.S. High Yield Bond Index ETF (CADHedged) zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Lumyna Investments Ltd. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Deferred Salary Plan of the Electrical Industry zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant JPMorgan Funds zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Managed Income Fund of BlackRock Funds II zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant J.P. Morgan Exchange-Traded Fund Trust  on behalf of its series JPMorgan Core Plus Bond ETF zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant JNL Series Trust zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Zurich American Insurance Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged) zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant IShares IV Public Limited Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares Trust zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant BlackRock Institutional Trust Company  N.A. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant PSAM WorldArb Master Fund Ltd. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant JPMorgan Investment Funds zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant DELA Depositary & Asset Management B.V. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant J.P. Morgan Chase Bank  N.A. as Trustee zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Limited Duration Income Trust zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Dynamic High Income Portfolio of BlackRock Funds II zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant GIM Trust  on behalf of its series U.S. High Yield Bond Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant IShares  Inc. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant UBS Fund Management (Switzerland) AG zachary.rosenbaum@kobrekim.com |

District/off: 0541-4                          User: ADIuser                          Page 32 of 34
Date Rcvd: Dec 20, 2023                       Form ID: pdf003                         Total Noticed: 44

Zachary D Rosenbaum

on behalf of Counter-Claimant IShares  Inc. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant IShares Public Limited Company zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Balanced Fund
zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant Rebound Portfolio Ltd. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant JNL Series Trust zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant BlackRock Limited Duration Income Trust zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant IBM 401(k) Plus Plan Trust   on behalf of the IBM 401(k) Plus Plan zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant Migros-Pensoinskasse Fonds zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant PSAM WorldArb Master Fund Ltd. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant SSD Investments Ltd. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant Advanced Series Trust zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant JPMorgan Funds zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant JPMorgan Fund ICVC zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant BlackRock Floating Rate Income Portfolio of BlackRock Funds V zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant BlackRock Floating Rate Income Strategies Fund  Inc. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant Rebound Portfolio Ltd. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant IShares VI Public Limited Company zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant IShares IV Public Limited Company zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant BlackRock Dynamic High Income Portfolio of BlackRock Funds II zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant SSD Investments Ltd. zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant Kapitalforeningen PenSam Invest - PSI 84 US High Yield II zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant NBI High Yield Bond ETF zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant JPMorgan Investment Funds zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant UBS Fund Management (Switzerland) AG zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant BlackRock Floating Rate Income Trust zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Counter-Claimant BlackRock Floating Rate Income Portfolio of BlackRock Funds V
zachary.rosenbaum@kobrekim.com

Zachary D Rosenbaum

on behalf of Defendant BlackRock Floating Rate Income Trust zachary.rosenbaum@kobrekim.com

District/off: 0541-4
Date Rcvd: Dec 20, 2023

User: ADIuser
Form ID: pdf003

Page 33 of 34
Total Noticed: 44

| | |
|---|---|
| Zachary D Rosenbaum | on behalf of Defendant IShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged)  zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant IShares Trust zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant The Integrity Fund on behalf of its series  Integrity High Income Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Lincoln Variable Insurance Products Trust  on behalf of its series LVIP JPMorgan High Yield Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant BlackRock Bank Loan Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant The New Zealand Guardian Trust Company Limited zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant JPMorgan Trust I zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant J.P. Morgan Chase Bank  N.A. as Trustee zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Floating Rate Income Strategies Fund  Inc. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Institutional Trust Company  N.A. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares VI Public Limited Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant BlackRock Managed Income Fund of BlackRock Funds II zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares II Public Limited Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Interested Party Ad Hoc 2024/2026 Noteholder Group zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant BlackRock Bank Loan Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares Public Limited Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant DELA Depositary & Asset Management B.V. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant NBI Unconstrained Fixed Income ETF zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant National Employment Savings Trust Corporation  in its capacity as trustee of the National Employment Savings Trust zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant HSBC Institutional Trust Services (Asia) Limited  as trustee of JPMorgan Multi Income Fund zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant IShares II Public Limited Company zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant IShares U.S. High Yield Bond Index ETF (CADHedged) zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant The New Zealand Guardian Trust Company Limited zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant JPMorgan Trust II zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Defendant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF)  zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant Lumyna Investments Ltd. zachary.rosenbaum@kobrekim.com |
| Zachary D Rosenbaum | on behalf of Counter-Claimant Lumyna Specialist Funds (formerly called Viaduct Invest FCP-SIF) |

zachary.rosenbaum@kobrekim.com

TOTAL: 791