United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 27, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90611 |
| WESCO AIRCRAFT | § | |
| HOLDINGS, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER VACATING ORDER

The order entered at ECF No. 1131 was docketed in error. The order is vacated.

SIGNED 12/27/2023

_____
Marvin Isgur
United States Bankruptcy Judge