IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re*<br>**WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,<br>Debtors. | Case No. 23-90611 (DRJ) |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

TO: The Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE that the law firm of JFB LEGAL, PLLC has changed its name to BAUGHMAN KROUP BOSSE PLLC. Additionally, the mailing address for the New York office has changed. Updated information is as follows:

| BAUGHMAN KROUP BOSSE PLLC<br>One Liberty Plaza – 46th Floor<br>New York, NY 10006<br>(212) 548-3212 | BAUGHMAN KROUP BOSSE PLLC<br>500 East Main St. – Suite 1400<br>Norfolk, VA 23510<br>(757) 904-5373 |
|---|---|

Dated: New York, New York
       January 3, 2024

BAUGHMAN KROUP BOSSE PLLC

By */s/ George W. Kroup*

George W. Kroup
(*admitted pro hac vice*)
One Liberty Plaza – 46th Floor
New York, NY 10006
(212) 548-3212
gkroup@bkbfirm.com

*Attorneys for Patrick Bartels*