United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 23-90611 |
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*, | § § § § | CHAPTER 11 |
| Debtors. | § § § | |
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*, | § § § § | |
| VS. | § § | ADVERSARY NO. 23-3091 |
| SSD INVESTMENTS LTD., *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER ON MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the memorandum opinion issued on this date, the Court orders the following:

Trial will begin solely on the issue of Langur Maize's Article III standing to assert claims against entities not covered by New York General Obligations Law § 13-107. The Court will issue a bench ruling on this issue before proceeding on the remaining issues.

If witness availability issues preclude the ability to proceed as set forth in the preceding paragraph, then the Court will commence the trial on all issues.

These claims are dismissed:

| 2024/2026 Noteholders First Amended Counterclaims | | |
|---|---|---|
| **Count** | **Description** | **Claim Against** |
| Two | Breach of Contract— Breach of § 9.02 of the Original Secured Note Indenture | Wilmington Savings Fund Society, FSB |
| Three | Breach of Implied Covenant of Good Faith and Fair Dealing | All parties |
| Four | Equitable Lien | All parties |
| Five | Equitable Subordination | All parties |
| Seven | Conversion | All parties |

| Langur Maize Crossclaims, Third-Party Claims and Counterclaim | | |
|---|---|---|
| **Count** | **Description** | **Claim Against** |
| Three | Breach of § 9.02(10) of the Indenture and § 4 of the 2027 Notes | Wilmington Savings Fund Society, FSB |
| Five | Unjust Enrichment | All parties |

| Six | Breach of Implied Covenant of Good Faith and Fair Dealing | All parties |

Declaratory judgment for the following claims is granted:

| **2024/2026 Holders First Amended Counterclaims** ||
| **Count** | **Description** |
| One | The 2024/2026 Holders' have standing. |

All other relief is denied.

SIGNED 01/14/2024

_____
Marvin Isgur
United States Bankruptcy Judge