# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, January 18, 2024

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Kaveri | Arora | Pryor Cashman | WSFS |
| Kevin | Benish | Holwell Shuster & Goldberg | First Lien Noteholder Group |
| Garrett | Cardillo | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Spence | Colburn | Holwell Shuster & Goldberg | First Lien Noteholder Group |
| Charles | Gibbs | McDermott Will & Emery LLP | The Official Committee of Unsecured Creditors |
| Maya | Ginsburg | Lowenstein Sandler LLP | Citadel Equity Fund LLP |
| Kristin | Going | McDermott Will & Emery LLP | The Official Committee of Unsecured Creditors |
| Marion | Harris | Pryor Cashman | WSFS |
| Paul | Heath | Vinson Elkins LLP | WSFS |
| Mark | Hebbeln | Foley & Lardner LLP | The Ad Hoc Group of 2024/2026 Noteholders |
| Benjamin | Heidlage | Holwell Shuster & Goldberg | First Lien Noteholder Group |
| Benjamin | Heidlage | Holwell Shuster & Goldberg | First Lien Noteholder Group |
| Ken | Hershey | Sullivan, LLP | Wesco |
| John | Higgins | Porter Hedges LLP | First Lien Noteholder Group |
| Cameron | Kelly | Sullivan, LLP | Wesco |
| Susheel | Kirpalani | Sullivan, LLP | Wesco |
| Angela | Libby | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Seth | Lieberman | Pryor Cashman | WSFS |
| Sarah | Maher | Holwell Shuster & Goldberg | First Lien Noteholder Group |
| Stephanie | Massman | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Victor | Noskov | Sullivan, LLP | Wesco |
| Thomas | Redburn | Lowenstein Sandler LLP | Citadel Equity Fund LLP |
| Ari | Roytenberg | Sullivan, LLP | Wesco |
| Damian | Schaible | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Matthew | Stein | Kasowitz Benson Torres LLP | Senator |
| Eric | Wade | Porter Hedges LLP | First Lien Noteholder Group |
| Eric | Wade | Porter Hedges LLP | Silver Point and PIMCO |
| Lydia | Webb | Gray Reed | Carlyle Defendants |