# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

|  |  |
|---|---|
| *In re* | Case No. 23-90611 (MI) |
| **WESCO AIRCRAFT HOLDINGS, INC.,** | Chapter 11 |
| *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

## NOTICE OF FILING OF AGREED ORDER APPOINTING MEDIATOR AND GOVERNING MEDIATION PROCEDURE

1.     **PLEASE TAKE NOTICE** that, pursuant to the proceedings in the above styled adversary proceeding pending before the United States Bankruptcy Court for the Southern District of Texas, Adv. No. 23-03091 (the "***Adversary Proceeding***"), Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "***Debtors***" or "***Incora***") and the other parties in interest involved in the Adversary Proceeding as represented by the execution of the attached form of *Agreed Order Appointing Mediator and Governing Mediation Procedure* (collectively with the Debtors, the "***Parties***") to engage in a mediation to attempt to resolve outstanding matters in Incora's chapter 11 case styled *In re Wesco Aircraft Holdings, Inc.* (Case No. 23-90611) and in the Adversary Proceeding.

2.     **PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby provide notice of the filing of the attached Agreed Order Appointing Mediator and Governing Mediation Procedure.

---

[1]     The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

Dated: February 15, 2024

Respectfully submitted,

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Kelli S. Norfleet (TX Bar No. 24070678)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email:     Charles.Beckham@HaynesBoone.com
           Patrick.Hughes@HaynesBoone.com
           Kelli.Norfleet@HaynesBoone.com
           Martha.Wyrick@HaynesBoone.com
           ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email:     DDunne@Milbank.com
           SKhalil@Milbank.com
           BSchak@Milbank.com

- and -

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ DRAFT*

Susheel Kirpalani (admitted *pro hac vice*)
Victor Noskov (admitted *pro hac vice*)
Zachary Russell (admitted *pro hac vice*)
Anna Deknatel (admitted *pro hac vice*)
51 Madison Ave., 22nd Fl.
New York, New York 10010
Tel.: 212-849-7000

*Counsel to the Debtors and*
*Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that, on February 15, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed noticing agent.

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr.