**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *In re* <br> **WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1] <br><br> Debtors. | Case No. 23-90611 (MI) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### NOTICE OF CONFIRMATION HEARING ON MARCH 27, 2024 AT 9:00 A.M. (CDT)

**PLEASE TAKE NOTICE** that, on January 12, 2024, the Court entered the *Order (I) Approving the Disclosure Statement, (II) Approving Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Scheduling a Confirmation Hearing, and (V) Establishing Notice and Objection Procedures* [Docket No. 1228] (the "***Disclosure Statement Order***").[2]

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Order established certain deadlines with respect to solicitation of votes on the Plan proposed by the Debtors in the above-captioned chapter 11 cases, including (a) the Voting Deadline (February 15, 2024, at 5:00 p.m. (CST)), (b) the Confirmation Objection Deadline (also February 15, 2024, at 5:00 p.m. (CST)), and (c) the deadline for the Debtors to file an initial Plan Supplement containing the

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

[2] All capitalized terms not otherwise defined in this notice bear the meanings ascribed to them in the Disclosure Statement Order.

material terms of the New Exit Notes and the New Takeback Notes (7 days prior to the Voting Deadline, or February 8, 2024). *See* Disc. Stmt. Order ¶ 4.

**PLEASE TAKE FURTHER NOTICE** that on February 14, 2024, the Court entered its *Order Amending the Order (I) Approving the Disclosure Statement, (II) Approving Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Scheduling a Confirmation Hearing, and (V) Establishing Notice and Objection Procedures* [Docket No. 1426] (the "**Amended Disclosure Statement Order**").[3] Pursuant to the Amended Disclosure Statement Order, the Confirmation Hearing was continued to March 12, 2024.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Amended Disclosure Statement Order, the Debtors are authorized to continue the Confirmation Hearing without further notice other than by a notice filed on the Court's docket and served on all parties entitled to be noticed.[4] The Debtors have determined to further continue the Confirmation Hearing to **March 27, 2024, at 9:00 a.m. (CDT)**.

*[Remained of page intentionally blank]*

---

[3] All capitalized terms not otherwise defined in this notice bear the meanings ascribed to them in the Amended Disclosure Statement Order.

[4] *See* Docket No. 1426.

- 3 -

Dated: February 26, 2024　　　　　　　　　Respectfully submitted,

/s/ Charles A. Beckham, Jr.

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Kelli S. Norfleet (TX Bar No. 24070678)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email: 　Charles.Beckham@HaynesBoone.com
　　　　　Patrick.Hughes@HaynesBoone.com
　　　　　Kelli.Norfleet@HaynesBoone.com
　　　　　Martha.Wyrick@HaynesBoone.com
　　　　　ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email: 　DDunne@Milbank.com
　　　　　SKhalil@Milbank.com
　　　　　BSchak@Milbank.com

*Counsel to the Debtors
and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that, on February 26, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed noticing agent.

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr.