IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* | Case No. 23-90611 (MI) |
| **WESCO AIRCRAFT HOLDINGS, INC.** *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

AGENDA OF MATTERS SET FOR HEARING
ON MARCH 27, 2024, AT 8:30 A.M. (PREVAILING CENTRAL TIME)

Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "***Debtors***" or "***Incora***") hereby file this agenda for the matters set for hearing on March 27, 2024, at 8:30 p.m. (prevailing Central Time) before the Honorable United States Bankruptcy Judge Marvin Isgur to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. **FIRST OMNIBUS OBJECTION**

    Debtors' First Omnibus Objection to Claims (Amended Claims) [Docket No. 1464]

    | | |
    |---|---|
    | Status: | Going forward. |
    | Responses Filed: | Formal: |

    1. Letter to Court from Jill Rothenberger [Docket No. 1560] – Unresolved

    2. Letter to Court from J C Engineering Co. [Docket No. 1577-1 and duplicate letter filed at Docket No. 1578-1] – Neither

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

|  |  |
|---|---|
|  | resolved or unresolved. Letter indicates proof of claim was filed both via (i) mail and (ii) e-filing |
|  | Informal: |
|  | None |
| Related Documents: | 1. Declaration of Erin McKeighan in Support of the Debtors' First Omnibus Objection to Claims (Amended Claims) [Docket No. 1464-1] |
|  | 2. Debtors' Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology [Docket No. 1559] |
|  | 3. Debtors' Witness and Exhibit List for Hearing on March 27, 2024, at 8:30 a.m. (Prevailing Central Time) [Docket Nos. 1573 through 1573-5] |

**2. SECOND OMNIBUS OBJECTION**

Debtors' Second Omnibus Objection to Claims (Amended Claims, Amended and Superseded Claims, Exact Duplicate Claims, Cross-Debtor Duplicate Claims, Bondholder Duplicate Claims, and Equity Claims) [Docket No. 1466]

|  |  |
|---|---|
| Status: | Going forward. |
| Responses Filed: | Formal: |
|  | None |
|  | Informal: |
|  | Delaware Management Company, a Series of Macquarie Investment Management Business - Resolved |
| Related Documents: | 1. Declaration of Erin McKeighan in Support of the Debtors' Second Omnibus Objection to Claims (Amended Claims, Amended and Superseded Claims, Exact Duplicate Claims, Cross-Debtor |

Duplicate Claims, Bondholder Duplicate Claims, and Equity Claims) [Docket No. 1466-1]

2. Debtors' Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology [ Docket No. 1559]

3. Debtors' Amended Witness and Exhibit List for Hearing on March 27, 2024, at 8:30 a.m. (Prevailing Central Time) [Docket No. Nos. 1573 through 1573-5]

You may participate at the Hearing either in-person or by an audio or video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage at https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: March 26, 2024　　　　　　　　Respectfully submitted,

<u>/s/ Charles A. Beckham, Jr.</u>

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX  77010
Telephone: 1 (713) 547-2000
Email:　　Charles.Beckham@HaynesBoone.com
　　　　　Patrick.Hughes@HaynesBoone.com
　　　　　Martha.Wyrick@HaynesBoone.com
　　　　　ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
Email:　　DDunne@Milbank.com
　　　　　SKhalil@Milbank.com
　　　　　BSchak@Milbank.com

*Proposed Counsel to the
Debtors and Debtors in Possession*

4

**Certificate of Service**

  I certify that on March 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ Charles A. Beckham, Jr.*
                Charles A. Beckham, Jr.