IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* | Case No. 23-90611 (MI) |
| **WESCO AIRCRAFT HOLDINGS, INC.** *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AGENDA OF MATTERS SET FOR HEARING
ON APRIL 8, 2024, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "***Debtors***" or "***Incora***") hereby file this agenda for the matters set for hearing on April 8, 2024, at 10:00 a.m. (prevailing Central Time) before the Honorable United States Bankruptcy Judge Marvin Isgur to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. **DEBTORS' EMERGENCY MOTION TO APPROVE THE DISCLOSURE STATEMENT SUPPLEMENT FOR DISTRIBUTION TO VOTING CLASSES**

    Emergency Motion for Entry of an Order (I) Approving the Debtors' Disclosure Statement Supplement for Distribution to Voting Classes and (II) Granting Related Relief on April 8, 2024, at 10:00 a.m. [Docket No. 1636]

    Status:                Going forward.

    Responses Filed:       None.

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

<u>Related Documents</u>:   1. Debtors' Witness and Exhibit List for Hearing on April 8, 2024, at 10:00 a.m. (Prevailing Central Time) [Docket Nos. 1640 through 1640-2]

---

You may participate at the Hearing either in-person or by an audio or video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage at https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: April 5, 2024

Respectfully submitted,

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email: Charles.Beckham@HaynesBoone.com
Patrick.Hughes@HaynesBoone.com
Martha.Wyrick@HaynesBoone.com
ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email: DDunne@Milbank.com
SKhalil@Milbank.com
BSchak@Milbank.com

*Proposed Counsel to the
Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on April 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
