United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| *In re*<br>**WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1]<br>Debtors. | Case No. 23-90611 (MI)<br>Chapter 11<br>(Jointly Administered) |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO PROOF OF CLAIM #1127

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

Upon the *Debtors' Objection to Proof of Claim #1127* (the "**Objection**");[2] and the Court having jurisdiction to decide the Objection and to enter this Order pursuant to 28 U.S.C. § 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, such notice being adequate and appropriate under the circumstances; and after notice and a hearing, as defined in section 102 of the Bankruptcy Code; and the Court having determined that the legal and factual bases set forth in the Motion and in the record establish just cause for entry of this Order; and it appearing that entry of this Order is in the best interests of the Debtors' estates; it is hereby **ORDERED** that:

1. Any response to the Objection not otherwise withdrawn, resolved or adjourned is hereby overruled on the merits.

2. The claim filed as proof of claim #1127 (the "**Claim**") is disallowed in its entirety for all purposes in these chapter 11 cases.

3. Notwithstanding any provision of the Bankruptcy Rules or Local Rules, the terms of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors and their agents are authorized to take all steps necessary or appropriate to carry out this Order, including by updating the claims register to reflect the relief granted by this Order.

5. Except as provided in this Order, nothing in this Order shall be deemed (a) a finding as to the validity of any claim against a Debtor, (b) a waiver of the right of the Debtors to dispute any claim against any Debtor on any grounds whatsoever at a later date, (c) a requirement for any Debtor to pay any claim, or (d) a waiver of any rights of the Debtors under the Bankruptcy Code or other applicable law.

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Objection.

- 3 -

6.      The Court retains exclusive jurisdiction over all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Signed: May 08, 2024

_____
Marvin Isgur
United States Bankruptcy Judge