# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *In re* | Case No. 23-90611 (MI) |
| **WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On June 26, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for Entry of an Order Authorizing and Implementing Settlement of Adversary Proceeding** [Docket No. 1868]

- **Notice of Rescheduled Confirmation Hearing on July 29, 2024, at 9:00 a.m. (CDT)** [Docket No. 1869]

Furthermore, on June 26, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

*(Continued on Next Page)*

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at https://www.veritaglobal.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

- **Debtors' Emergency Motion for Entry of an Order Authorizing and Implementing Settlement of Adversary Proceeding** [Docket No. 1868]

Dated: July 5, 2024

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for LSG Technologies, LP | Adams, Lynch & Loftin, P.C. | Mr. Stacy B. Loftin | sbl@all-lawfirm.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Counsel to the Indenture trustee for the 1L Notes, 1.25L Notes | ArentFox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein, Matthew R. Bentley | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com; Matthew.Bentley@afslaw.com |
| Counsel for BOKF, NA, in its capacity as Successor Indenture Trustee | ArentFox Schiff LLP | James E. Britton | James.Britton@afslaw.com |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel for Laird R and F Products, Inc. | Ballard Spahr LLP | Tobey M. Daluz, Margaret A. Vesper | daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Administrative agent for the ABL Facility | Bank of America, N.A. | James Fallahay | james.fallahay@bofa.com |
| Counsel for GKN | Barnes & Thornburg LLP | James E. Van Horn | JVanHorn@btlaw.com |
| Counsel for GKN | Barnes & Thornburg LLP | Kevin G. Collins | kevin.collins@btlaw.com |
| Counsel for GKN | Barnes & Thornburg LLP | Thomas Haskins | thomas.haskins@btlaw.com |
| Counsel for Infosys Limited and Price for Profit LLC d/b/a Insight2Profit | Benesch Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, Jennifer R. Hoover, John C. Gentile | kcapuzzi@beneschlaw.com; jhoover@beneschlaw.com; jgentile@beneschlaw.com |
| Counsel for PPG Industries, Inc. | Bernstein-Burkley, P.C. | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| Indenture trustee for the 1L Notes, 1.25L Notes | BOKF, NA | George Kubin and James Lewis | gkubin@bokf.com; jlewis@bokf.com |
| Committee of Unsecured Creditors | BOKF, NA, in its capacity as successor trustee | Attn James R. Lewis, Senior Vice President | jlewis@bokf.com |
| Counsel for SAP America, Inc. and Concur Technologies, Inc. | Brown & Connery, LLP | Attn Donald K. Ludman and Julie F. Montgomery | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to the administrative agent for the ABL Facility | Cahill Gordon & Reindel LLP | Richard A. Stieglitz Jr., Joel H. Levitin | rstieglitz@cahill.com; jlevitin@cahill.com |
| Carlyle Global Credit Investment Management, LLC | Carlyle Global Credit Investment Management, LLC | Kristen Newville, Jesse Hou | Kristen.Newville@Carlyle.com; Jesse.Hou@Carlyle.com |
| Castoleum Corporation d/b/a Noble Pine Products Company | Castoleum Corporation d/b/a Noble Pine Products Company | Jordan Brooks | jordanb@sterifab.com |
| Counsel for Integrated Micro Materials; Appli-Tec, Inc. | Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. | Jarrod B. Martin, Michael K. Riordan | Jarrod.Martin@chamberlainlaw.com; Michael.riordan@chamberlainlaw.com |
| Counsel for Associated Thermoforming, Inc. | Clifford L. Neuman, P.C. | Clifford L. Neuman | clneuman@neuman.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to First Lien Noteholder Group | Davis Polk & Wardwell LLP | Damian Schaible, Angela Libby, and Stephanie Massman | damian.schaible@davispolk.com; angela.libby@davispolk.com; stephanie.massman@davispolk.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel for Avantus Aerospace Ltd. | Eversheds Sutherland (US) LLP | Erin E. Broderick | erinbroderick@eversheds-sutherland.com |
| Counsel for Avantus Aerospace Ltd. | Eversheds Sutherland (US) LLP | Mark D. Sherrill | marksherrill@eversheds-sutherland.com |
| Counsel to DS&M-Scientific, LLC | Fisher Law Office, PLC | Michael B. Fisher | fisher@mbfisherlaw.com |
| Counsel for Creditor Canon Financial Services, Inc. | Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | nsuglia@fleischerlaw.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel for the Ad Hoc 2024/2026 Noteholder Group | Foley & Lardner LLP | John P. Melko, Paula Toro | jmelko@foley.com; ptoro@foley.com |
| Counsel for the Ad Hoc 2024/2026 Noteholder Group | Foley & Lardner LLP | Mark F. Hebbeln | mhebbeln@foley.com |
| Counsel for Arlington International Aviation Products | Fredrikson & Byron, P.A. | Samuel M. Andre | sandre@fredlaw.com |
| Counsel to Carlyle Global Credit Investment Management, LLC, CCOF Onshore Co-Borrower LLC, CSP IV Acquisitions, L.P., CCOF Master, L.P., and Spring Creek Capital, LLC | Friedman Kaplan Seiler Adelman & Robbins LLP | Anne E. Beaumont, Blair R. Albom, Elizabeth Bierut | abeaumont@fklaw.com; balbom@fklaw.com; ebierut@fklaw.com |
| Counsel for Triangle Engineering Corp. | Frost Brown Todd LLP | A.J. Webb | awebb@fbtlaw.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Carlyle Global Credit Investment Management, LLC, CCOF Onshore Co-Borrower LLC, CSP IV Acquisitions, L.P., CCOF Master, L.P., and Spring Creek Capital, LLC | Gray Reed | Jason S. Brookner, Lydia R. Webb | jbrookner@grayreed.com; lwebb@grayreed.com |
| Counsel for 3M Company | Greenberg Traurig, LLP | Alison Elko Franklin | Alison.Franklin@gtlaw.com |
| Counsel for 3M Company | Greenberg Traurig, LLP | David R. Eastlake | David.Eastlake@gtlaw.com |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Silver Point and PIMCO Noteholders | Holwell Shuster & Goldberg LLP | Daniel P. Goldberg, Benjamin F. Heidlage, Kevin D. Benish, Sarah E. Maher | bheidlage@hsgllp.com; dgoldberg@hsgllp.com; kbenish@hsgllp.com; smaher@hsgllp.com |
| Counsel for Avenue Scott, LLC | Husch Blackwell LLP | Timothy A. Million | tim.million@huschblackwell.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Committee of Unsecured Creditors | Insight2Profit | Attn Justin Zuchowski, Controller | jzuchowski@insight2profit.com |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel for Gulfstream Aerospace Corporation | Jenner & Block LLP | Catherine Steege, Michael A. Doornweerd, John D. VanDeventer, Breana K. Drozd | csteege@jenner.com; mdoornweerd@jenner.com; jvandeventer@jenner.com; bdrozd@jenner.com |
| Counsel to Langur Maize, L.L.C. | Jones Day | Bruce Bennett | bbennett@jonesday.com |
| Counsel to Langur Maize, L.L.C. | Jones Day | Matthew C. Corcoran | mccorcoran@JonesDay.com |
| Counsel to Langur Maize, L.L.C. | Jones Day | Michael Schneidereit, Nicholas CE Walter, Chane Buck | mschneidereit@jonesday.com; ncewalter@jonesday.com; cbuck@jonesday.com |
| Counsel to Langur Maize, L.L.C. | Jones Day | Paul M. Green | pmgreen@jonesday.com |
| Counsel to Hisco, Inc. | Jones Walker LLP | Joseph E. Bain | jbain@joneswalker.com |
| Counsel for Exxonmobil Product Solutions Company | Kane Russell Coleman Logan PC | JaKayla J. DaBera | jdabera@krcl.com |
| Counsel for ExxonMobil Product Solutions Company | Kane Russell Coleman Logan PC | Kyle Woodard | kwoodard@krcl.com |
| Counsel for ExxonMobil Product Solutions Company | Kane Russell Coleman Logan PC | Michael P. Ridulfo | mridulfo@krcl.com |
| Katsumi | KARS Funding LLC | Kevin Corrigan | kcorrigan@gssnyc.com |
| Counsel to Senator Investment Group LP | Kasowitz Benson Torres LLP | Matthew B. Stein, Andrew R. Kurland | MStein@kasowitz.com; AKurland@kasowitz.com |
| Katsumi | Katsumi Servicing, LLC | Mark Benson | mbenson@katsumiglobal.com |
| Counsel to Tata Sikorsky Aerospace Ltd. | Kelley Drye & Warren LLP | James S. Carr, Kristin S. Elliott | kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Kobre & Kim LLP as counsel to an Ad Hoc Group of Holders of Unsecured Notes | Kobre & Kim LLP | Zachary Rosenbaum, Adam Lavine, Michael Brasky, Darryl Stein, Igor Margulyan, John Conte | zachary.rosenbaum@kobrekim.com; adam.lavine@kobrekim.com; michael.brasky@kobrekim.com; darryl.stein@kobrekim.com; igor.margulyan@kobrekim.com; john.conte@kobrekim.com |
| Counsel to Platinum | Latham & Watkins LLP | Keith A. Simon | keith.simon@lw.com |
| Counsel for Tarrant County, Dallas County, City of Northlake, Northwest ISD, Bexar County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel for Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Counsel to Citadel Equity Fund Ltd | Lowenstein Sandler LLP | Michael S. Etkin, Thomas E. Redburn, Jr., Andrew D. Behlmann, Rachel Maimin, Maya Ginsburg | metkin@lowenstein.com; tredburn@lowenstein.com; abehlmann@lowenstein.com; rmaimin@lowenstein.com; mginsburg@lowenstein.com |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to Katsumi | Mayer Brown | Brad Keck | jkeck@mayerbrown.com |
| Counsel for County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Charles R. Gibbs, Jack Haake | crgibbs@mwe.com; jhaake@mwe.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Kristin K. Going, Darren Azman, Deanna Boll | kgoing@mwe.com; dazman@mwe.com; salutkus@mwe.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Counsel to the Indenture trustee for the 1L Notes, 1.25L Notes | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Ian A. Hammel | iahammel@mintz.com |
| Counsel to UMB Bank, N.A., as successor indenture trustee | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Nathan F. Coco | NFCoco@mintz.com |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |

Exhibit A
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Lorenzo Marinuzzi, Theresa A. Foudy, Michael Birnbaum, Benjamin Butterfield, Raff Ferraioli | lmarinuzzi@mofo.com; tfoudy@mofo.com; mbirnbaum@mofo.com; bbutterfield@mofo.com; rferraioli@mofo.com |
| Counsel for the LISI Aerospace | Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell, Brenda L. Funk, Alexander R. Perez | jcornwell@munsch.com; bfunk@munsch.com; arperez@munsch.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Counsel to Bank of America, N.A. | Norton Rose Fulbright US LLP | Bob B. Bruner, Maria Mokrzycka | bob.bruner@nortonrosefulbright.com; maria.mokrzycka@nortonrosefulbright.com |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Amphenol Corporation | Osborn Maledon, P.A. | Christopher C. Simpson, Warren J. Stapleton | csimpson@omlaw.com; wstapleton@omlaw.com |
| Counsel to Carlyle Global Credit Investment Management, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Paul M. Basta, Andrew J. Ehrlich, William A. Clareman, John T. Weber, Sudhir V. Rao | pbasta@paulweiss.com; aehrlich@paulweiss.com; wclareman@paulweiss.com; jweber@paulweiss.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for Eagle Mountain-Saginaw ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Ebony Cobb | emccain@pbfcm.com |
| Counsel for Fort Bend Independent School District, Fort Bend County Municipal Utility District # 138 and Fort Bend County Levee Improvement District # 7 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel to First Lien Noteholder Group | Porter Hedges | John Higgins, M Shane Johnson, Megan Young-John, Bryan L. Rochelle | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com; brochelle@porterhedges.com |
| Counsel for Cytec Engineered Materials, Inc. | Porzio, Bromberg & Newman, P.C. | Dean M. Oswald | DMOswald@pbnlaw.com |
| Counsel for Cytec Engineered Materials, Inc. | Porzio, Bromberg & Newman, P.C. | Robert M. Schechter | RMSchechter@pbnlaw.com |
| Counsel to the Indenture trustee for the Unsecured Notes (9.0 Notes 2026, 8.5 Notes 2024, 13.125 Notes 2027), PIK Notes; Wilmington Savings Fund Society, FSB | Pryor Cashman LLP | Seth Lieberman, Patrick Sibley, Matthew W. Silverman, Sameer M. Alifarag | slieberman@pryorcashman.com; psibley@pryorcashman.com; msilverman@pryorcashman.com; salifarag@pryorcashman.com |
| Puerto Rico Attorney General | Puerto Rico Attorney General | | fernando.figueroa@justicia.pr.gov |
| Counsel for SPS Technologies, LLC; Fatigue Technology, Inc.; Designed Metal Connections, Inc.; Avibank Mfg., Inc.; Avibank Services, LLC; S.P.S. International Limited; SPS Technologies Limited; Shur-Lok International S.A.; KALISTRUT Aerospace S.A.S.; Permaswage SAS; SPS Aerostructures Limited | Reed Smith LLP | Kurt F. Gwynne | kgwynne@reedsmith.com |
| Counsel for SPS Technologies, LLC; Fatigue Technology, Inc.; Designed Metal Connections, Inc.; Avibank Mfg., Inc.; Avibank Services, LLC; S.P.S. International Limited; SPS Technologies Limited; Shur-Lok International S.A.; KALISTRUT Aerospace S.A.S.; Permaswage SAS; SPS Aerostructures Limited | Reed Smith LLP | Paul D. Moak, Daniela Mondragon | pmoak@reedsmith.com; dmondragon@reedsmith.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel for Pilgrim Aerospace Fasteners | Ross, Smith & Binford, PC | Jason Binford | jason.binford@rsbfirm.com |
| Counsel to 201 Metro, LLC | Ruskin Moscou Faltischek PC | Michael S. Amato | mamato@rmfpc.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Texas State EPA Agency | Texas Commission on Environmental Quality | Office of the Commissioner | info@tceq.texas.gov |
| Counsel for Texas Workforce Commission | Texas Workforce Commission | Christopher S. Murphy, Assistant Attorney General Bankruptcy & Collections Division | christopher.murphy@oag.texas.gov |
| Counsel for Mansfield Oil Company of Gainesville, Inc. | Thompson, O'Brien, Kappler & Nasuti, P.C. | Michael B. Pugh | mpugh@tokn.com |
| Counsel for Travis County | Travis County | Delia Garza, Jason A. Starks | Jason.Starks@traviscountytx.gov |
| Counsel for Fisher Scientific Company, LLC | Tucker Arensberg, P.C. | Beverly Weiss Manne, Maribeth Thomas | bmanne@tuckerlaw.com; mthomas@tuckerlaw.com |
| U.S. Equal Employment Opportunity Commission | U.S. Equal Employment Opportunity Commission | | info@eeoc.gov |
| Indenture trustee for the 1L Notes, 1.25L Notes | UMB Bank, N.A. | Gavin Wilkinson | Gavin.Wilkinson@umb.com |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | usatxs.bankruptcy@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Jayson B. Ruff, Christopher R. Travis, Hector Duran, and Andrew Jimenez | Jayson.B.Ruff@usdoj.gov; C.Ross.Travis@usdoj.gov; Hector.Duran.Jr@usdoj.gov; andrew.jimenez@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Counsel to Wilmington Savings Fund Society, FSB | Vinson & Elkins LLP | Paul Heath, Elias Medina | pheath@velaw.com; emedina@velaw.com |
| Virgin Islands Attorney General | Virgin Islands Attorney General | Attn Bankruptcy Department | info@usvidoj.com |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Platinum | Williams and Connolly LLP | Dane H. Butswinkas and Eleanor J.G. Wasserman | dbutswinkas@wc.com |
| Indenture trustee for the Unsecured Notes (9.0 Notes 2026, 8.5 Notes 2024, 13.125 Notes 2027), PIK Notes | Wilmington Savings Fund Society, FSB | Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Platinum Equity | Wolverine Top Holding Corporation | Platinum Equity Partners | jholland@platinumequity.com |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Master Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Arizona Attorney Generals Office - CSS | Arizona Attorney Generals Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | Phoenix | AZ | 85005-6123 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Defense Logistics Agency | Defense Logistics Agency | | Andrew T. McNamara Building | 8725 John J. Kingman Road | Fort Belvoir | VA | 22060-6221 |
| EPA Headquarters | Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | 1200 Pennsylvania Ave NW | | Washington | DC | 20004 |
| Regional EPA for Region 6 | Environmental Protection Agency | | 1201 Elm Street Suite 500 | | Dallas | TX | 75270 |
| Counsel for Avantus Aerospace Ltd. | Eversheds Sutherland (US) LLP | Patrick J. Trostle | 1114 Avenue of the Americas | | New York | NY | 10036 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | Boston | MA | 02108-1518 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 |
| U.S. Department of Labor | U.S. Department of Labor | | 200 Constitution Ave NW | | Washington | DC | 20210 |
| U.S. Department of the Treasury | U.S. Department of the Treasury | | 1500 Pennsylvania Avenue, NW | | Washington | DC | 20220 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | Olympia | WA | 98504-0100 |

In re Wesco Aircraft Holdings, Inc., et al. (Incora)
Case No. 23-90611 (MI)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Plaintiff Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Arrow Electronics, Inc. | Galen & Davis LLP Jeffrey M. Galen, Esq. | jeffrey.galen@galendavislaw.com; jeffrey.galen@gmail.com |

# Exhibit D

**Exhibit D**
**Plaintiff Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arrow Electronics, Inc. | Galen & Davis LLP | Jeffrey M. Galen, Esq. | 2945 Townsgate Road Suite 200 | Westlake Village | CA | 91361 |

In re Wesco Aircraft Holdings, Inc., et al. (Incora)
Case No. 23-90611 (MI)

Page 1 of 1