IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* | Case No. 23-90611 (MI) |
| **WESCO AIRCRAFT HOLDINGS, INC.** *et al.,*[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## AMENDED AGENDA OF MATTERS SET FOR HEARING
## ON SEPTEMBER 5, 2024, AT 9:00 A.M. (PREVAILING CENTRAL TIME)

Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**" or "**Incora**") hereby file their Amended Agenda of Matters Set for Hearing on *Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing* [Docket No. 2030] on **September 5, 2024, at 9:00 a.m. (prevailing Central Time)** before the Honorable United States Bankruptcy Judge Marvin Isgur.

1. **DISCLOSURE STATEMENT MOTION**

> *Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing* [Docket No. 2030]

| | |
|---|---|
| Status: | Going forward. |
| Responses Filed: | United States Trustee's Objection to Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure |

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling A Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2061]

Reservation of Rights of the First Lien Noteholder Group Regarding the Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling a Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2062]

Reservation of Rights of Umb Bank, N.A., as Successor Indenture Trustee for the 8.5% Notes Due 2024 and 9.0% Notes Due 2026, to Approval of the Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al and Related Relief [Docket No. 2063]

Limited Objection and Reservation of Rights of the 2024/2026 Noteholder Group to Approval of the Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan and Related Relief [Docket No. 2064]

Related Documents:    Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2027]

Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2029]

Second Amended Plan Supplement [Docket No. 2031-1]

Kurtzman Carson Consultants, LLC dba Verita Global's Certificate of Service on Modified Second Amended Joint Chapter 11 Plan, Notice of Filing of Redline to Second Amended Joint Chapter 11 Plan, Disclosure Statement for the Second Amended Joint Chapter 11 Plan, Resolicitation Motion, Notice of Filing of Second Amended Plan Supplement, and Notice of Hearing on Resolicitation Motion [Docket No. 2043]

Notice of Remote-Only Hearing on Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure Statement, (II) Approving the Amended Resolicitation of Classes 4 and 6 and

Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling a Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2044]

United States Trustee's Witness and Exhibit List for September 5, 2024 Hearing [Docket No. 2049]

Debtors' Witness and Exhibit List for Hearing on September 5, 2024 at 9:00 a.m. (prevailing Central Time) [Docket No. 2050]

Official Committee of Unsecured Creditors' Witness and Exhibit List for September 5, 2024 Hearing [Docket No. 2052]

First Lien Noteholder Group's Exhibit and Witness List for September 5, 2024 Hearing [Docket No. 2055]

Kurtzman Carson Consultants, LLC dba Verita Global's Certificate of Service on Remote-Only Hearing [Docket No. 2057]

(September 4, 2024) Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2068]

(September 4, 2024) [Proposed] Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2069]

Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2070]

Notice of Redlines on Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2071]

Notice of Redlines on Disclosure Statement to Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2072]

Notice of Redlines on Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving

3

Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2073]

Debtors' Amended Witness and Exhibit List for Hearing on September 5, 2024 at 9:00 a.m. (prevailing Central Time) [Docket No. 2074]

## 2.    DISCLOSURE STATEMENT

*Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al.* [Docket No. 2069]

Status:                        Going forward.

Responses Filed:        None.

Related Documents:   Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2027]

Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2029]

Second Amended Plan Supplement [Docket No. 2031-1]

Kurtzman Carson Consultants, LLC dba Verita Global's Certificate of Service on Modified Second Amended Joint Chapter 11 Plan, Notice of Filing of Redline to Second Amended Joint Chapter 11 Plan, Disclosure Statement for the Second Amended Joint Chapter 11 Plan, Resolicitation Motion, Notice of Filing of Second Amended Plan Supplement, and Notice of Hearing on Resolicitation Motion [Docket No. 2043]

Notice of Remote-Only Hearing on Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure Statement, (II) Approving the Amended Resolicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling a Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice

and Objection Periods in Connection with the Foregoing [Docket No. 2044]

United States Trustee's Witness and Exhibit List for September 5, 2024 Hearing [Docket No. 2049]

Debtors' Witness and Exhibit List for Hearing on September 5, 2024 at 9:00 a.m. (prevailing Central Time) [Docket No. 2050]

Official Committee of Unsecured Creditors' Witness and Exhibit List for September 5, 2024 Hearing [Docket No. 2052]

First Lien Noteholder Group's Exhibit and Witness List for September 5, 2024 Hearing [Docket No. 2055]

Kurtzman Carson Consultants, LLC dba Verita Global's Certificate of Service on Remote-Only Hearing [Docket No. 2057]

United States Trustee's Objection to Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling A Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2061]

Reservation of Rights of the First Lien Noteholder Group Regarding the Debtors' Emergency Motion for Entry of an Order (I) Approving the Amended Disclosure Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling a Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2062]

Reservation of Rights of Umb Bank, N.A., as Successor Indenture Trustee for the 8.5% Notes Due 2024 and 9.0% Notes Due 2026, to Approval of the Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al and Related Relief [Docket No. 2063]

Limited Objection and Reservation of Rights of the 2024/2026 Noteholder Group to Approval of the Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan and Related Relief [Docket No. 2064]

(September 4, 2024) Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2068]

(September 4, 2024) [Proposed] Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2069]

Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2070]

Notice of Redlines on Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2071]

Notice of Redlines on Disclosure Statement to Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2072]

Notice of Redlines on Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2073]

Debtors' Amended Witness and Exhibit List for Hearing on September 5, 2024 at 9:00 a.m. (prevailing Central Time) [Docket No. 2074]

3.    **SECTION 345(B) EXTENSION MOTION**

*Debtors' Second Motion to Extend the Deadline to Comply with Section 345(B) of the Bankruptcy Code* [Docket No. 2046]

Status:              Going forward.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    Debtors' Amended Witness and Exhibit List for Hearing on September 5, 2024 at 9:00 a.m. (prevailing Central Time) [Docket No. 2074]

You may participate at the Hearing by audio and video connection only. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage at https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally blank*]

Dated: September 5, 2024

Respectfully submitted,

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX  77010
Telephone: 1 (713) 547-2000
Email:     Charles.Beckham@HaynesBoone.com
           Patrick.Hughes@HaynesBoone.com
           Martha.Wyrick@HaynesBoone.com
           ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
Email:     DDunne@Milbank.com
           SKhalil@Milbank.com
           BSchak@Milbank.com

*Counsel to the*
*Debtors and Debtors in Possession*

## <u>Certificate of Service</u>

I certify that on September 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.