# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, September 5, 2024

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Philip | Anker | Wilmer Cutler Pickering Hale and Dorr LLP | Bank of America Securities |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Wesco Aircraft Holdings Inc. |
| Bruce | Bennett | Jones Day | Langur Maize |
| Michael | Birnbaum | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Tim | Doskis | Southco | Southco |
| Tim | Doskis | Southco | Southco |
| Dennis | Dunne | Milbank LLP | Wesco Aircraft Holdings, Inc. |
| Raff | Ferraioli | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Theresa | Foudy | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Jack | Haake | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| Ian | Hammel | Mintz Levin | UMB Bank, National Association, as indenture trustee |
| Patrick | Hughes | Haynes and Boone, LLP | Wesco Aircraft Holdings Inc. |
| M. Shane | Johnson | Porter Hedges LLP | First Lien Noteholder Group |
| Susheel | Kirpalani | Quinn Emanuel Urquhart & Sullivan, LLP | Wesco |
| Andrew | Leblanc | Milbank LLP | Wesco Aircraft Holdings Inc. |
| Angela | Libby | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Lorenzo | Marinuzzi | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Lorenzo | Marinuzzi | Morrison & Foerster | Official Committee of Unsecured Creditors |
| Stephanie | Massman | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Layla | Milligan | Texas Attorney General's Office | TCEQ |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Victor | Noskov | Quinn Emanuel Urquhart & Sullivan, LLP | Wesco |
| Mark | Paciotti | None | Southco |
| Jayson | Ruff | US DOJ | US Trustee |
| Damian | Schaible | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Benjamin | Schak | Milbank LLP | Wesco Aircraft Holdings Inc. |
| Re'Necia | Sherald | Haynes and Boone, LLP | Wesco Aircraft Holdings, Inc. |
| Darren | Smolarski | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Eric | Wade | Porter Hedges LLP | Silver Point and PIMCO note holders |
| John | Weber | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Carlyle Global Credit Investment Management LLC and affiliated funds |