# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, September 25, 2024

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Bruce | Bennett | Jones Day | Langur Maize |
| Ian | Hammel | Mintz Levin | UMB Bank, National Association, as indenture trustee |
| Benjamin | Heidlage | Holwell Shuster & Goldberg LLP | First Lien Noteholder Group |
| John | Higgins | Porter Hedges LLP | First Lien Noteholder Group |
| Susheel | Kirpalani | Quinn Emanuel Urquhart & Sullivan, LLP | Wesco |
| Angela | Libby | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Lorenzo | Marinuzzi | Morrison Foerster LLP | Official Committee of Unsecured Creditors |
| Stephanie | Massman | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Victor | Noskov | Quinn Emanuel Urquhart & Sullivan, LLP | Wesco |
| Damian | Schaible | Davis Polk & Wardwell LLP | First Lien Noteholder Group |
| Matthew | Stein | Kasowitz Benson Torres LLP | Senator |
| Eric | Wade | Porter Hedges LLP | First Lien Noteholder Group |
| Eric | Wade | Porter Hedges LLP | PIMCO and Silver Point Note Holders |