# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *In re*<br>**WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Case No. 23-90611 (MI)<br>Chapter 11<br>(Jointly Administered) |

## NOTICE REGARDING STATUS OF MEDIATION AND CHAPTER 11 CONFIRMATION TIMELINE

**PLEASE TAKE NOTICE** that the Court held a status conference on November 20, 2024, at 4:00 p.m. (CDT) (the "*November 20 Status Conference*").

**PLEASE TAKE FURTHER NOTICE** that at the November 20 Status Conference, the Court requested that the Debtors file a statement on the docket no later than Friday, November 22, 2024, informing the Court of the status of mediation among key case parties, including whether a revised plan of reorganization reflecting a mediated resolution was filed, and ordered that the *Debtors' Emergency Motion for Entry of an Order Setting Confirmation-Related Deadlines* [Dkt. # 2358] (the "*Confirmation Scheduling Motion*") be held in abatement pending such status update.

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's request at the November 20 Status Conference, the Debtors provide the following update:

The mediation parties have continued to engage on a continuous basis in an effort to bring closure to the open issues. As of the plan filing deadline that we established of November 22, 2024, the Debtors cannot report resolution on either the mediation term sheet or on the terms of a revised plan of reorganization. The issue that Judge Shannon reported to be open on Wednesday remains open and there are certain open issues relating to plan language. As recently as 3:30 p.m. (CT), the advisors to the mediating creditor groups that have been negotiating the language of the plan expressed an intention to continue to work over this coming weekend to determine whether the Debtors can file a consensual revised plan by Monday, November 25, 2024. At this point, the Debtors are not in a position to express a view on whether that is likely to occur. But in the interest of maintaining the proposed December 5, 2024, confirmation hearing date, the Debtors do not oppose continued abatement of the Confirmation Scheduling Motion until at least Monday, November 25, 2024, at which point the Debtors will further advise the Court as to progress if no revised plan has been filed.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting the Debtors' restructuring website at https://veritaglobal.net/incora. You may also obtain copies of any documents filed in these chapter 11 cases for a fee via PACER at http://www.txs.uscourts.gov.

*[Remainder of page intentionally blank]*

Dated: November 22, 2024

/s/ Charles A. Beckham, Jr.

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email:     Charles.Beckham@HaynesBoone.com
           Patrick.Hughes@HaynesBoone.com
           Martha.Wyrick@HaynesBoone.com
           ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email:     DDunne@Milbank.com
           SKhalil@Milbank.com
           BSchak@Milbank.com

*Counsel to the Debtors and
Debtors in Possession*

**If you have any questions related to this notice, please call (888) 251-2937 (U.S./Canada) or +1 (310) 751-2613 (International) or visit www.kccllc.net/incora.**

## CERTIFICATE OF SERVICE

      I certify that, on November 22, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas and as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

      */s/ Charles A. Beckham, Jr.*
      Charles A. Beckham, Jr.