IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re*<br>**WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1]<br>Debtors. | Case No. 23-90611 (MI)<br>Chapter 11<br>(Jointly Administered) |

## FURTHER NOTICE REGARDING STATUS OF MEDIATION AND CHAPTER 11 CONFIRMATION TIMELINE

**PLEASE TAKE NOTICE** that on November 25, 2024, the Debtors filed a *Further Notice Regarding Status of Mediation and Chapter 11 Confirmation Timeline* [Dkt. #2376] (the "***November 25 Update***") providing an update to the Court on the status of mediation.

**PLEASE TAKE FURTHER NOTICE** that the November 25 Update indicated that the mediation parties have not yet reached agreement on the terms of a revised plan of reorganization and that the Debtors would provide a further update to the Court if a revised plan of reorganization were not filed by November 26, 2024.

**PLEASE TAKE FURTHER NOTICE** that the mediation parties continue to work diligently to reach agreement on the terms of a revised plan of reorganization and are striving to file a consensual revised plan of reorganization by Wednesday, November 27, 2024.

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

**PLEASE TAKE FURTHER NOTICE** that to the extent a consensual revised plan is not filed on Wednesday, November 27, 2024, the Debtors will provide a further status update to the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors do not oppose continued abatement of the *Debtors' Emergency Motion for Entry of an Order Setting Confirmation-Related Deadlines* [Dkt. #2358] through Wednesday, November 27, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting the Debtors' restructuring website at https://veritaglobal.net/incora. You may also obtain copies of any documents filed in these chapter 11 cases for a fee via PACER at http://www.txs.uscourts.gov.

*[Remainder of page intentionally blank]*

Dated: November 26, 2024

/s/ Charles A. Beckham, Jr.

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email: Charles.Beckham@HaynesBoone.com
Patrick.Hughes@HaynesBoone.com
Martha.Wyrick@HaynesBoone.com
ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email: DDunne@Milbank.com
SKhalil@Milbank.com
BSchak@Milbank.com

*Counsel to the Debtors and Debtors in Possession*

**If you have any questions related to this notice, please call (888) 251-2937 (U.S./Canada) or +1 (310) 751-2613 (International) or visit www.kccllc.net/incora.**

## CERTIFICATE OF SERVICE

I certify that, on November 26, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas and as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.