United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 05, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90611 |
| WESCO AIRCRAFT | § | |
| HOLDINGS, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER SETTING CONFIRMATION SCHEDULE

The Court orders:

1. The hearing on whether to confirm the Debtor's proposed plan, as it has been and may be amended from time-to-time, will commence at 8:00 a.m. on December 16, 2024. Persons may participate in person or by audio and video.

2. A Plan Supplement that includes, at a minimum, the material terms of the new governance provisions for the reorganized debtor must be filed by 11:59 p.m. on December 10, 2024.

3. Objections to the proposed plan must be filed by December 12, 2024 at 4:00 p.m. Provided, the objection deadline for the United States is December 13, 2024 at 2:00 p.m.

4. The voting deadline is December 13, 2024 at 4:00 p.m.

5. The voting tabulation must be filed by December 15, 2024 at 4:00 p.m.

SIGNED 12/05/2024

Marvin Isgur
United States Bankruptcy Judge