# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

|  |  |
|---|---|
| *In re*<br><br>**WESCO AIRCRAFT HOLDINGS, INC.,** *et al.*,[1]<br><br>Debtors. | Case No. 23-90611 (MI)<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE REGARDING STATUS OF MEDIATION AND CHAPTER 11 CONFIRMATION TIMELINE

**PLEASE TAKE NOTICE** that on December 5, 2024, the Court entered its *Order Setting Confirmation Schedule* [Dkt. # 2412], which ordered that a Plan Supplement containing "the material terms of the new governance provisions for the reorganized debtor must be filed by 11:59 p.m. on December 10, 2024" (the "***Plan Supplement Deadline***").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are providing the following update to the Court regarding the Plan Supplement Deadline:

> The mediation parties have not yet reached agreement on the terms of the new governance provisions for the reorganized Debtors and, as such, do not expect to file such terms prior to the current Plan Supplement Deadline. The mediation parties—including advisors and principals—have been working closely with the mediator to reach resolution and have relayed to the Debtors that they have narrowed the relevant issues and are hopeful that they will be in a position for the Debtors to file such terms within the next two days (*i.e.*, by Thursday, December 12, 2024). To the extent such terms are not filed by such time, the

---

[1]   The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

Debtors will file a further notice providing an update to the court on the status of mediation and the confirmation timeline.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting the Debtors' restructuring website at https://veritaglobal.net/incora. You may also obtain copies of any documents filed in these chapter 11 cases for a fee via PACER at http://www.txs.uscourts.gov.

*[Remainder of page intentionally blank]*

Dated: December 10, 2024

/s/ Charles A. Beckham, Jr.

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 1 (713) 547-2000
Email:     Charles.Beckham@HaynesBoone.com
           Patrick.Hughes@HaynesBoone.com
           Martha.Wyrick@HaynesBoone.com
           ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email:     DDunne@Milbank.com
           SKhalil@Milbank.com
           BSchak@Milbank.com

*Counsel to the Debtors and*
*Debtors in Possession*

---

**If you have any questions related to this notice, please call (888) 251-2937 (U.S./Canada) or +1 (310) 751-2613 (International) or visit www.kccllc.net/incora.**

## CERTIFICATE OF SERVICE

I certify that, on December 10, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas and as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr.