IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* <br><br> **WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*,[1] <br><br> Debtors. | Case No. 23-90611 (MI) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON
DECEMBER 16, 2024, at 8:00 A.M. (CENTRAL TIME)**

Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**" or "**Incora**") hereby file this *Debtors' Witness and Exhibit List for Hearing on December 16, 2024, at 8:00 a.m. (Central Time)* (the "**Witness and Exhibit List**") with respect to matters set for hearing on **December 16, 2024, at 8:00 a.m. (Central Time)** (the "**Confirmation Hearing**") before the Honorable United States Bankruptcy Court Judge Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002 and respectfully designates the following potential witnesses and exhibits:

**WITNESSES**

1. Brian Cejka, Managing Director, Alvarez & Marsal;

2. Patrick Bartels, member of the Board of Directors of Wolverine Intermediate Holding Corp.;

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

1

3. Kevin Martin, Managing Director of Kurtzman Carson Consultants, LLC dba Verita Global;

4. Any witness designated by any other party; and

5. Any rebuttal or impeachment witnesses.

**EXHIBITS**

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 1. | (August 23, 2024) Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2027] | | | | | |
| 2. | (August 23, 2024) Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket. No. 2029] | | | | | |
| 3. | Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2030] | | | | | |
| 4. | Order (I) Approving the Amended Disclosure Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling A Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2086] | | | | | |
| 5. | (September 4, 2024) Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2068] | | | | | |
| 6. | (September 4, 2024) Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2069] | | | | | |

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 7. | Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2070] | | | | | |
| 8. | Notice of Redlines on Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2071] | | | | | |
| 9. | Notice of Redlines on Disclosure Statement on Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2072] | | | | | |
| 10. | Notice of Redlines on Revised Proposed Order on Debtors' Emergency Motion for Entry of an Order (i) Approving the Amended Disclosure Statement, (ii) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (iii) Approving Forms of Modified Ballots, (iv) Scheduling a Confirmation Hearing, (v) Establishing Notice and Objection Procedures, and (vi) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2073] | | | | | |
| 11. | Order (I) Approving the Amended Disclosure Statement, (II) Approving Re-Solicitation of Classes 4 and 6 and Related Voting Procedures, (III) Approving Forms of Modified Ballots, (IV) Scheduling A Confirmation Hearing, (V) Establishing Notice and Objection Procedures, and (VI) Shortening the Notice and Objection Periods in Connection with the Foregoing [Docket No. 2086] | | | | | |
| 12. | Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2408] | | | | | |
| 13. | Notice of Filing of Redline to Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2409] | | | | | |

3

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 14. | Notice of Hearing to Consider Confirmation of the Further Modified Second Amended Chapter 11 Plan [Docket No. 2415] | | | | | |
| 15. | Order Setting Confirmation Schedule [Docket No. 2412] | | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | |
| | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | | |
| | Any exhibit listed by any other party | | | | | |

The Debtors reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and documents filed in or in connection with the Debtors' Chapter 11 Cases; to offer rebuttal exhibits; and/or to offer any exhibit listed by any other party. The Debtors further reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the Confirmation Hearing. Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit offered by any other party including any exhibit listed on another party's exhibit list.

Dated: December 12, 2024

        Respectfully submitted,

        */s Charles A. Beckham, Jr.*

        Charles A. Beckham, Jr. (TX Bar No. 02016600)
        Patrick L. Hughes (TX Bar No. 10227300)
        Martha Wyrick (TX Bar No. 24101606)
        Re'Necia Sherald (TX Bar No. 24121543)
        HAYNES AND BOONE, LLP
        1221 McKinney Street, Suite 4000
        Houston, TX 77010
        Telephone: 1 (713) 547-2000
        Email:    Charles.Beckham@HaynesBoone.com
                      Patrick.Hughes@HaynesBoone.com
                      Martha.Wyrick@HaynesBoone.com
                      ReNecia.Sherald@HaynesBoone.com

        - and -

        Dennis F. Dunne (admitted *pro hac vice*)
        Samuel A. Khalil (admitted *pro hac vice*)
        Benjamin M. Schak (admitted *pro hac vice*)
        MILBANK LLP
        55 Hudson Yards
        New York, NY 10001
        Telephone: 1 (212) 530-5000
        Email:    DDunne@Milbank.com
                      SKhalil@Milbank.com
                      BSchak@Milbank.com

        *Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

   I certify that on December 12, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

                  */s/ Charles A. Beckham, Jr.*
                  Charles A. Beckham, Jr.