IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* <br> **WESCO AIRCRAFT HOLDINGS, INC. ET AL.,**[1] <br> Debtors. | Case No. 23-90611 (MI) <br> Chapter 11 <br> (Jointly Administered) |

### AMENDED AGENDA OF MATTERS SET FOR HEARING ON DECEMBER 16, 2024, AT 8:00 A.M. (PREVAILING CENTRAL TIME)

Wesco Aircraft Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "***Debtors***" or "***Incora***") hereby file their Agenda of Matters Set for Hearing on confirmation of the *Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al.* [Docket No. 2473] on **December 16, 2024, at 8:00 a.m. (prevailing Central Time)** before the Honorable United States Bankruptcy Judge Marvin Isgur.

1. **JOINT CHAPTER 11 PLAN**

    *Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al.* [Docket No. 2473]

    Status: Going forward. The Debtors are in the process of resolving, narrowing, and further negotiating the objections filed and will provide a further report on the status of these matters.

    Responses Filed: *Outstanding*

    Objection and Reservation of Rights of GKN to Debtors' Proposed Cure Amount for Potential Assumption and Assignment of Contracts in Connection with Plan Confirmation [Docket No. 1586]

    [To be adjourned] Limited Objection of Comcast Cable Communications Management, LLC and Masergy Cloud

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

Communications, Inc. to the Debtors' Proposed Cure Amounts Under the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1605]

[To be adjourned] Objection of Laird R and F Products, Inc. to the Debtors' Proposed Cure Amounts Under the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1606]

[Withdrawn] Oracle America, Inc.'s Cure Objection and Reservation of Rights Regarding (1) Notice of (A) Executory Contracts and/or Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan and (B) Cure Amounts, If Any; and (2) Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. ("Rights Reservation") [Docket No. 1608]

[To be adjourned] Limited Objection of Parker-Hannifin Corporation and its Affiliates to Debtors' Proposed Cure Amounts Under Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1654]

Limited Objection of United States Trustee to the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1719]

United States Trustee's Objection to the Further Modified Second Amended Joint Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2437]

*Resolved/Not Going Forward*

Tennessee Department of Revenue's Objection to Confirmation of the Chapter 11 Plan [Docket No. 1389]

Objection of the Chubb Companies to the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1500]

[To be adjourned] Objection and Reservation of Rights of GKN to Debtors' Proposed Cure Amount for Potential Assumption and Assignment of Contracts in Connection with Plan Confirmation [Docket No. 1586]

[To be adjourned] Limited Objection of Comcast Cable Communications Management, LLC and Masergy Cloud Communications, Inc. to the Debtors' Proposed Cure Amounts

Under the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1605]

[To be adjourned] Objection of Laird R and F Products, Inc. to the Debtors' Proposed Cure Amounts Under the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1606]

[Withdrawn] Oracle America, Inc.'s Cure Objection and Reservation of Rights Regarding (1) Notice of (A) Executory Contracts and/or Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan and (B) Cure Amounts, If Any; and (2) Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. ("Rights Reservation") [Docket No. 1608]

[To be adjourned] Limited Objection of Parker-Hannifin Corporation and its Affiliates to Debtors' Proposed Cure Amounts Under Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1654]

Limited Objection of United States Trustee to the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1719]

United States Trustee's Objection to the Further Modified Second Amended Joint Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2437]

[To be adjourned] Joint Limited Objection of the Precision Entities to Debtors' Modified First Amended Joint Chapter 11 Plan [Docket No. 1722]

[To be adjourned] Joint Objection of Precision Entities to Debtors' Proposed Cure Claim Amount [Docket No. 1741]

[To be adjourned] Price for Profit LLC d/b/a Insight2Profit's Limited Objection and Reservation of Rights to the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1724]

[To be adjourned] Limited Objection of Akzo Nobel Coatings Inc. d/b/a Powder Coatings, International Paint LLC, Akzo Nobel Aerospace Coatings Ltd., Akzo Nobel Car Refinishes BV, Mapaero SaS, and Certain Affiliates, to Debtors' Proposed Cure Amounts

|   |   |
|---|---|
|   | Under the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1744] |
|   | Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1728] |
|   | Limited Objection of the Official Committee of Unsecured Creditors to the Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 2446] |
|   | Langur Maize's Reservation of Rights Regarding the Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 1725] |
|   | Objection of UMB Bank, N.A., as Successor Indenture Trustee for Notes Due 2024 and Notes Due 2026 to Modified First Amended Joint Chapter 11 Plan [Docket No. 1726] |
|   | The Ad Hoc 2024/2026 Noteholder Group's Initial Objection to Confirmation of Modified First Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc., et al. [Docket No. 1727] |
|   | [To be adjourned] Microsoft's Objection and Reservation or Rights Regarding Assumption of Executory Contracts Pursuant to Debtors' Modified First Amended Joint Chapter 11 Plan [Docket No. 1683] |
|   | [To be adjourned] Microsoft's Renewed Objection and Reservation or Rights Regarding Assumption of Executory Contracts Pursuant to Debtors' Further Modified Second Amended Joint Chapter 11 Plan [Docket No. 2444] |
|   | Limited Reservation of Rights of the First Lien Noteholder Group Regarding the Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2445] |
| Related Documents: | Notice of Filing of Redline to Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. [Docket No. 2474] |
|   | Proposed Findings of Fact and Conclusions of Law, and Order (I) Confirming Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. *et al.* and (II) Granting Related Relief [Docket No. 2475] |
|   | Debtors' Memorandum of Law (I) in Support of Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft |

>Holdings, Inc. *et al.* and (II) in Response to Objections [Docket No. 2476]
>
>Notice of Filing of Third Amended Plan Supplement [Docket No. 2481]
>
>Order Setting Confirmation Schedule [Docket No. 2412]
>
>Notice of Hearing to Consider Confirmation of the Further Modified Second Amended Chapter 11 Plan [Docket No. 2415]
>
>First Lien Noteholder Group's Exhibit and Witness List for December 16, 2024 Hearing [Docket No. 2438]
>
>The Ad Hoc 2024/2026 Noteholder Group Witness and Exhibit List for December 16, 2024 Hearing [Docket No. 2439]
>
>Debtors' Witness and Exhibit List for Hearing on December 16, 2024, at 8:00 a.m. (Central Time) [Docket No. 2441]
>
>Notice of Extension of Voting Deadline to December 20, 2024, at 5:00 p.m. (CT) [Docket No. 2442]
>
>Official Committee of Unsecured Creditors' Witness and Exhibit List for Confirmation Hearing on December 16, 2024, at 8:00 a.m. (Central Time) [Docket No. 2443]

---

You may participate at the Hearing by audio and video connection only. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage at https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[*Remainder of page intentionally blank*]

Dated: December 16, 2024

        Respectfully submitted,

        */s/ Charles A. Beckham, Jr.*

        Charles A. Beckham, Jr. (TX Bar No. 02016600)
        Patrick L. Hughes (TX Bar No. 10227300)
        Martha Wyrick (TX Bar No. 24101606)
        Re'Necia Sherald (TX Bar No. 24121543)
        HAYNES AND BOONE, LLP
        1221 McKinney Street, Suite 4000
        Houston, TX  77010
        Telephone: 1 (713) 547-2000
        Email:    Charles.Beckham@HaynesBoone.com
                    Patrick.Hughes@HaynesBoone.com
                    Martha.Wyrick@HaynesBoone.com
                    ReNecia.Sherald@HaynesBoone.com

        - and -

        Dennis F. Dunne (admitted *pro hac vice*)
        Samuel A. Khalil (admitted *pro hac vice*)
        Benjamin M. Schak (admitted *pro hac vice*)
        MILBANK LLP
        55 Hudson Yards
        New York, NY  10001
        Telephone: 1 (212) 530-5000
        Email:    DDunne@Milbank.com
                    SKhalil@Milbank.com
                    BSchak@Milbank.com

        *Counsel to the*
        *Debtors and Debtors in Possession*

## Certificate of Service

     I certify that on December 16, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.