# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| *In re* <br> **WESCO AIRCRAFT HOLDINGS, INC., ET AL.,**[1] <br><br> Debtors. | Chapter 11 <br> Case No. 23-90611 (MI) <br> (Jointly Administered) |

# DEBTORS' EMERGENCY MOTION TO APPROVE TECHNICALLY CORRECTED CONFIRMATION ORDER

## RELATED TO DOCKET NOS. 2517, 2519, & 2528

> **Emergency relief has been requested. Relief is requested not later than 5:00 p.m. (Central Time) on December 31, 2024.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

---

[1] The Debtors operate under the trade name Incora and have previously used the trade names Wesco, Pattonair, Haas, and Adams Aviation. A complete list of the Debtors in these chapter 11 cases, with each one's federal tax identification number and the address of its principal office, is available on the website of the Debtors' noticing agent at http://www.kccllc.net/incora/. The service address for each of the Debtors in these cases is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "***Incora***") respectfully state the following in support of this motion (the "**Motion**"):

## RELIEF REQUESTED

1. The Debtors seek entry of an order, substantially in the form attached hereto (the "**Proposed Order**"), to provide certain technical, but needed, corrections to the *Findings of Fact, Conclusions of Law, and Order (I) Confirming Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. and (II) Granting Related Relief* [Docket No. 2528] (the "**Confirmation Order**") and entering the proposed form of corrected Confirmation Order attached hereto. A redline of the Proposed Order reflecting all changes to the Confirmation Order to the version signed December 27 is attached as **Exhibit A**. The basis for the modification is to correct technical and typographical errors in the Confirmation Order, none of which constitute material or substantive changes.

2. The principal statutory bases for the relief requested herein are sections 105 of title 11 of the United States Code (the "**Bankruptcy Code**"), rules 59(e) and 60(a) of the Federal Rules of Civil Procedure (the "**FRCP**"), made applicable to this case by rules 9023 and 9024 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 9013-1(i) of the Local Bankruptcy Rules for the Southern District of Texas (the "**Local Rules**").

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4. On December 26, 2024, the Debtors filed the *Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al.* [Docket No. 2517] (the "**Plan**").

5. Contemporaneously with the Plan, the Debtors filed the *Proposed Findings of Fact, Conclusions of Law, and Order (I) Confirming Further Modified Second Amended Joint Chapter 11 Plan of Wesco Aircraft Holdings, Inc. et al. and (II) Granting Related Relief* [Docket No. 2519] (the "**Proposed Confirmation Order**"). On December 27, 2024, the Court entered the Confirmation Order, which contained included, as presented, certain technical errors.

6. To remedy these technical matters, the Debtors now seek authorization to technically the Confirmation Order to correct these errors. The Debtors seek no substantive modifications to the Confirmation Order. These technical corrections do not impair or affect any of the creditor constituencies in the cases.

## Basis for Relief

7. The Court has the power to grant the relief requested herein pursuant to Bankruptcy Rule 9023, which incorporates Federal Rule 59, providing for the reconsideration or modification of an Order within certain time periods following its entry, in bankruptcy cases before the applicable order becomes a final order. In addition, section 105(a) of the Bankruptcy Code provides that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. *See, e.g., Chiasson v. J. Louis Matherine and Assocs. (In re Oxford Mgmt.)*, 4 F.3d 1329, 1333 (5th Cir. 1993) ("Section 105(a) authorizes a bankruptcy court to fashion such orders as are necessary to further the substantive provisions of the Bankruptcy Code."). This equitable power includes the authority to amend the Court's own orders. *See In re Renaissance Stone Works, L.L.C.*, 373 B.R. 817, 822 (Bankr. E.D. Mich. 2007) ("Generally, bankruptcy courts have inherent power, and authority under 11 U.S.C. § 105(a), independent of any authority under [the Federal Rules of Civil Procedure], *sua sponte* to reconsider, modify, or vacate orders it previously entered.") (citing 11 U.S.C. § 105(a)).

8. This Motion is filed well within the fourteen-day deadline for relief under Bankruptcy Rule 9023. Therefore, the Debtors submit that the relief requested herein is appropriate.

## EMERGENCY CONSIDERATION

9.      The Procedures for Complex Cases in the Southern District of Texas (the "**Complex Case Procedures**") require that all motions seeking relief on less than 21 days' notice must be filed as "emergency" motions. The Debtors request emergency consideration of this Motion for the reasons identified above.

## NOTICE

10.     Notice of this Motion will be provided to all parties in interest listed on the master service list maintained by the Debtors pursuant to the Procedures for Complex Cases in the Southern District of Texas. The Debtors respectfully submit that no further notice is required under the circumstances.

[*Remainder of page intentionally blank*]

Upon the foregoing Motion, the Debtors respectfully request that the Court enter the proposed order and grant such other relief as is just and proper.

Dated: December 30, 2024

Respectfully submitted,

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Patrick L. Hughes (TX Bar No. 10227300)
Martha Wyrick (TX Bar No. 24101606)
Re'Necia Sherald (TX Bar No. 24121543)
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX  77010
Telephone: 1 (713) 547-2000
Email: Charles.Beckham@HaynesBoone.com
Patrick.Hughes@HaynesBoone.com
Martha.Wyrick@HaynesBoone.com
ReNecia.Sherald@HaynesBoone.com

- and -

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
Email: DDunne@Milbank.com
SKhalil@Milbank.com
BSchak@Milbank.com

*Counsel to the
Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that, on December 30, 2024, a true and correct copy of the foregoing document was served through the Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed noticing agent.

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr.