**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *In re* | Chapter 11 |
| **WESCO AIRCRAFT HOLDINGS, INC.,** [1] | Case No. 23-90611 (MI) |
| Reorganized Debtor. | |

**CERTIFICATE OF SERVICE**

I, Tran K. Le, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On April 21, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Post-Confirmation Report for Wesco Aircraft Holdings, Inc. for the Quarter Ending March 31, 2026** [Docket No. 3008]

Dated: April 24, 2026

/s/ Tran K. Le
Tran K. Le
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The captioned Reorganized Debtor is Incora Intermediate II LLC, the successor by merger to Wesco Aircraft Holdings, Inc. Its employer identification number is 33-2921953. Its principal office address and service address in this case is 2601 Meacham Blvd., Ste. 400, Fort Worth, TX 76137.

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Rolls-Royce plc, Rolls-Royce Deutschland & Co KG, and Rolls-Royce Singapore (Pte) Ltd | Barnes & Thornburg LLP | Jonathan D. Sundheimer | jsundheimer@btlaw.com |
| Counsel for GKN, Rolls-Royce plc, Rolls-Royce Deutschland & Co KG, and Rolls-Royce Singapore (Pte) Ltd | Barnes & Thornburg LLP | Thomas Haskins | thomas.haskins@btlaw.com |
| Counsel for Thomas A. Pitta as General Unsecured Claims Observer | Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Esq. | tpitta@emmetmarvin.com |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Jayson B. Ruff, Christopher R. Travis, and Andrew Jimenez | Jayson.B.Ruff@usdoj.gov; C.Ross.Travis@usdoj.gov; andrew.jimenez@usdoj.gov |

In re Wesco Aircraft Holdings, Inc., et al. (Incora)
Case No. 23-90611 (MI)